**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| PELICAN REAL ESTATE, LLC, *et al.* | CASE NO.:  6:16-bk-03817 |
| Debtors. | Jointly Administered with<br>CASE NO.: 6:16-bk-03820-RAC;<br>CASE NO.: 6:16-bk-03822-RAC;<br>CASE NO.: 6:16-bk-03823-RAC;<br>CASE NO.: 6:16-bk-03825-RAC;<br>CASE NO.: 6:16-bk-03827-RAC;<br>CASE NO.: 6:16-bk-03828-RAC;<br>CASE NO.: 6:16-bk-03829-RAC; and<br>CASE NO.: 6:16-bk-03830-RAC |
| _____/ | |

**NOTICE OF FILING *REVISED*[1] DEBTORS' COMBINED LIST OF CREDITORS HOLDING TWENTY LARGEST UNSECURED CLAIMS**

| | **Creditor** | **Debtor(s)** | **Amount** |
|---|---|---|---|
| 1 | ~~Florida Dept. of Revenue Bankruptcy Section PO Box 6668 Tallahassee, FL 32314~~ | ~~Pelican Real Estate, LLC; Pelican Portfolios, LLC; Pelican Management Company, LLC~~ | ~~for notice purposes~~ |
| 2 | ~~Internal Revenue Service Centralized Insolvency Ops PO Box 7346 Philadelphia, PA 19101~~ | ~~Pelican Real Estate, LLC; Pelican Portfolios, LLC; Pelican Management Company, LLC; Smart Money Secured Income Fund Manager, LLC; Turnkey Investment Fund Manager, LLC; SMFG, Inc.~~ | ~~for notice purposes~~ |

---

[1] Revised to reflect the top 20 largest unsecured creditors after the filing of Debtors' Schedules on 7-12-2016 and 7-13-2016 (see **bold** type for new creditor information; strikethrough for deleted creditor information)

|   | **Creditor** | **Debtor(s)** | **Amount** |
|---|---|---|---|
| 3 | ~~Internal Revenue Service~~ ~~850 Trafalgar Court~~ ~~Suite 200~~ ~~Maitland, FL 32751~~ | ~~Pelican Real Estate, LLC;~~ ~~Pelican Portfolios, LLC;~~ ~~Pelican Management Company, LLC~~ | ~~for notice purposes~~ |
| 4 | ~~Washington State Dept. of Revenue – Executive Office~~ ~~PO Box 47450~~ ~~Olympia, WA 98504~~ | ~~Smart Money Secured Income Fund Manager, LLC;~~ ~~SMFG, Inc.~~ | ~~for notice purposes~~ |
| 5 | ~~Nevada Dept. of Revenue~~ ~~Grant Sawyer Office Bldg.~~ ~~555 E. Washington Avenue~~ ~~Las Vegas, NV 89101~~ | ~~Turnkey Investment Fund Manager, LLC~~ | ~~for notice purposes~~ |
| 6 | Alan Orcutt 12122 Admiralty Way Q105 Everett, WA 98204 | Accelerated Asset Group, LLC | $163,970.04 |
| 7 | ANDERSON GAA KAA Ventures LLC 5719A 123rd Ave SE Snohomish, WA 98290 | Accelerated Asset Group, LLC | $67,016.24 |
| 8 | Brian Fouts PO Box 662 Fall City, WA 98024 | Accelerated Asset Group, LLC | $34,636.21 |
| 9 | Dennis Hogan PO Box 270 Dangaria Belize Central America | Accelerated Asset Group, LLC | $17,421.60 |
| 10 | FOLKSON SMBF Holdings, LLC 43 Rosemont Blvd. White Plains, NY 10607 | Accelerated Asset Group, LLC | $34,998.44 |
| 11 | Gene Tyler Investments, LLC c/o Gene Tyler 3230 Emerald Lane SW Olympia, WA 98512 | Accelerated Asset Group, LLC | $17,566.49 |

|    | Creditor | Debtor(s) | Amount |
|----|----------|-----------|--------|
| 12 | HORM<br>McHorm Investments LLC<br>1308 117th Dr SE<br>Lake Stevens, WA 98258 | Accelerated Asset Group, LLC | $30,159.23 |
| 13 | Jacob Fouts<br>5542 Glenmore Dr SE<br>Olympia, WA 98501 | Accelerated Asset Group, LLC | $51,721.45 |
| 14 | Jeanne Unger<br>3241 Country Club Dr<br>Cameron Park, CA 95682 | Accelerated Asset Group, LLC | $34,035.94 |
| 15 | JRA Interests LLC<br>c/o Jessica Allgier<br>5719A 123rd Ave SE<br>Snohomish, WA 98290 | Accelerated Asset Group, LLC | $41,996.41 |
| 16 | Jim Hayes<br>308 Military Rd E<br>Tacoma, WA 98445 | Accelerated Asset Group, LLC<br>Smart Money Secured Income Fund, LLC | $189,605.93<br>$336,915.55 |
| 17 | Justin Hanson<br>23 Collins Avenue<br>Randolph, MA 02368 | Accelerated Asset Group, LLC<br>~~Turnkey Investment Fund, LLC~~ | $39,425.96<br>~~$82,500.00~~ |
| 18 | Kathryn Leaty LLC<br>3702 206th PL SW<br>Lynwood, WA 98036 | Accelerated Asset Group, LLC | $52,233.75 |
| 19 | Kevin Davenport<br>3904 Oriental Drive NE<br>Olympia, WA 98506 | Accelerated Asset Group, LLC | $17,501.97 |
| 20 | Loren Bolinger<br>12401 10th Sr SE<br>Everett, WA 98208 | Accelerated Asset Group, LLC;<br>Smart Money Secured Income Fund, LLC | $508,408.88<br>$336,411.43 |
| 21 | Lynette Smith<br>11028 69th St NE<br>Lake Stevens, WA 98258 | Accelerated Asset Group, LLC | $92,803.77 |

|    | **Creditor** | **Debtor(s)** | **Amount** |
|----|----|----|----|
| 22 | Smart Money Secured Income Fund, LLC<br>9633 Market Place<br>Suite 201<br>Lake Stevens, WA 98258 | Accelerated Asset Group, LLC | $1,920,156.52 |
| 23 | Stimmel-Emstimmel LLC<br>5228 156 St SE<br>Mill Creek, WA 98012 | Smart Money Secured Income Fund, LLC ;<br>Accelerated Asset Group, LLC | $554,754.65<br><br>$93,080.91 |
| 24 | Tom Duncan<br>3033 56th Ct SE<br>Olympia, WA 98501 | Accelerated Asset Group, LLC | $17,357.03 |
| 25 | Workman Investments LLC<br>7812 Melrose Ln SE<br>Snoqualmie, WA 98065 | Accelerated Asset Group, LLC | $43,752.62 |
| 26 | Acts Innovations<br>3700 Quebec St<br>#100-200<br>Denver, CO 80207 | Smart Money Secured Income Fund, LLC | $1,320,000.00 |
| 27 | Art Rasmussen<br>515 NW Saltzman Rd<br>#874<br>Portland, OR 97229 | Smart Money Secured Income Fund, LLC | $704,978.55 |
| 28 | Benito & Silva Carranza<br>3142 W Kings Ave<br>Phoenix, AZ 85053 | Smart Money Secured Income Fund, LLC | $431,359.43 |
| 29 | Carol Walton<br>14809 Falconhead Grove Loop<br>Austin, TX  78738 | Smart Money Secured Income Fund, LLC | $283,166.96 |
| 30 | Danny Ashworth<br>6192 W Valley View Dr<br>Highlands Ranch, UT 84003 | Smart Money Secured Income Fund, LLC | $316,992.17 |
| 31 | Elizabeth Phillipson<br>13929 228 St NE<br>Arlington, WA 98223 | Smart Money Secured Income Fund, LLC | $294,671.89 |

|    | **Creditor** | **Debtor(s)** | **Amount** |
|----|---|---|---|
| 32 | Gerald Skousen<br>13661 Hackamore Dr<br>Draper, UT 84020 | Smart Money Secured Income Fund, LLC | $317,433.62 |
| 33 | Hafsteinn Stefansson<br>PO Box 3186<br>Everett, WA 98213 | Smart Money Secured Income Fund, LLC | $623,897.36 |
| 34 | Hogan-Denlou LLC<br>c/o Dennis Hogan<br>PO Box 270<br>Dangaria Belize<br>Central America | Smart Money Secured Income Fund, LLC | $278,671.87 |
| 35 | Kathy Khodi<br>11830 Upland Way<br>Cupertino, CA 95014 | Smart Money Secured Income Fund, LLC | $2,481,774.90 |
| 36 | Maria Cornay<br>8627 Vintner Ct NE<br>Albuquerque, NM 87122 | Smart Money Secured Income Fund, LLC | $359,459.28 |
| 37 | Mervyn Rodricks<br>1405 SE 195 Ave<br>Camas, WA 98607 | Smart Money Secured Income Fund, LLC | $513,804.78 |
| 38 | ~~NATIONSTAR~~<br>~~PO Box 650783~~<br>~~Dallas, TX 75265~~ | ~~Smart Money Secured Income Fund, LLC~~ | ~~Unknown~~ |
| 39 | ~~OCWEN LOAN~~<br>~~PO Box 660264~~<br>~~Dallas, TX 75266~~ | ~~Smart Money Secured Income Fund, LLC~~ | ~~Unknown~~ |
| 40 | Reggie Anderson<br>415 15th St<br>Snohomish, WA 98290 | Smart Money Secured Income Fund, LLC | $427,189.35 |
| 41 | Ultimate Vitality<br>c/o Linell King<br>180 Sharwood Drive<br>Naples, FL 34110 | Smart Money Secured Income Fund, LLC | $300,000.00 |

|    | **Creditor** | **Debtor(s)** | **Amount** |
|----|---|---|---|
| 42 | Will and Pauline Fox<br>3400 W Lake Sammamish SE<br>Bellevue, WA 98008 | Smart Money Secured Income Fund, LLC | $1,049,884.89 |
| 43 | ~~Andrew Wong~~<br>~~857 Rollins Rd~~<br>~~Burlingame, CA 94010~~ | ~~Turnkey Investment Fund, LLC~~ | ~~$43,750.00~~ |
| 44 | ~~Andy Liu~~<br>~~No 1, Changquig 2nd St~~<br>~~Yangmei City~~<br>~~Taoyuan County~~<br>~~Taiwan ROC 326~~ | ~~Turnkey Investment Fund, LLC~~ | ~~$43,750.00~~ |
| 45 | ~~Dennis Teng~~<br>~~2960 Willow St~~<br>~~Denver, CO 80238~~ | ~~Turnkey Investment Fund, LLC~~ | ~~$43,750.00~~ |
| 46 | ~~Dinesh Gauba~~<br>~~2801 Greyfox Ct~~<br>~~Pleasanton, CA 94566~~ | ~~Turnkey Investment Fund, LLC~~ | ~~$116,250.00~~ |
| 47 | ~~Eugene and Jennifer Tyler~~<br>~~3230 Emerald Lane SW~~<br>~~Olympia, WA 98512~~ | ~~Turnkey Investment Fund, LLC~~ | ~~$87,500.00~~ |
| 48 | ~~Jason and Jeanne Unger~~<br>~~3241 Country Club Dr~~<br>~~Cameron Park, CA 95682~~ | ~~Turnkey Investment Fund, LLC~~ | ~~$43,750.00~~ |
| 49 | ~~Jason Workman~~<br>~~7812 Melrose Ln SE~~<br>~~Snoqualmie, WA 98065~~ | ~~Turnkey Investment Fund, LLC~~ | ~~$43,750.00~~ |
| 50 | Jeffrey Smith<br>11028 69 St NE<br>Lake Stevens, WA 98258 | ~~Turnkey Investment Fund, LLC~~<br>**Smart Money Secured Income Fund, LLC** | ~~$43,750.00~~<br>**$296,985.41** |
| 51 | ~~Jeremy and Jenny Jensen~~<br>~~7215 222nd Street NW~~<br>~~Stanwood, WA 98292~~ | ~~Turnkey Investment Fund, LLC~~ | ~~$43,750.00~~ |

|    | **Creditor** | **Debtor(s)** | **Amount** |
|----|---|---|---|
| 52 | ~~John Schwarzchild~~ ~~3809 Manchaca Rd~~ ~~Unit F~~ ~~Austin, TX 78704~~ | ~~Turnkey Investment Fund, LLC~~ | ~~$930,000.00~~ |
| 53 | ~~Kathleen Forrester~~ ~~3697 Broadway~~ ~~Box 208~~ ~~North Bend, OR 97459~~ | ~~Turnkey Investment Fund, LLC~~ | ~~$43,750.00~~ |
| 54 | ~~Louise Vlasic~~ ~~2635 Sunset Dr~~ ~~Bellingham, WA 98225~~ | ~~Turnkey Investment Fund, LLC~~ | ~~$43,750.00~~ |
| 55 | ~~Mike Horm~~ ~~1308 117 Dr SE~~ ~~Lake Stevens, WA 98258~~ | ~~Turnkey Investment Fund, LLC~~ | ~~$43,750.00~~ |
| 56 | ~~Performance Assets Fund~~ ~~4570 Avery Lane SE~~ ~~#137~~ ~~Lacey, WA 98503~~ | ~~Turnkey Investment Fund, LLC~~ | ~~$170,000.00~~ |
| 57 | ~~PJ Lin~~ ~~10824 Whisper Hollow Cv~~ ~~Collierville, TN 38017~~ | ~~Turnkey Investment Fund, LLC~~ | ~~$271,250.00~~ |
| 58 | ~~Tung Jung Tsai~~ ~~1F, no 123, Rache St~~ ~~Songshan Dist.~~ ~~Tapei City 105~~ ~~Taiwan ROC~~ | ~~Turnkey Investment Fund, LLC~~ | ~~$43,750.00~~ |
| 59 | ~~Wang Chung Ming~~ ~~10F, No 27, Quanzing Rd~~ ~~Taishan Dist.~~ ~~New Taipei City~~ ~~Taiwan ROC 243~~ | ~~Turnkey Investment Fund, LLC~~ | ~~$43,750.00~~ |
| 60 | ~~William Lee~~ ~~3403 Yosemite St~~ ~~Denver, CO 80238~~ | ~~Turnkey Investment Fund, LLC~~ | ~~$43,750.00~~ |

|    | **Creditor** | **Debtor(s)** | **Amount** |
|----|---|---|---|
| 61 | ~~Yap Hoe~~<br>~~No 4, Lane 1194~~<br>~~Zhongzheng Rd, Zhonghe Dist.~~<br>~~New Taipei City~~<br>~~Taiwan 235~~ | ~~Turnkey Investment Fund, LLC~~ | ~~$87,500.00~~ |
| 62 | Dell Business Credit<br>PO Box 6275<br>Carol Stream, IL 60197 | SMFG, Inc. | **$3,089.73** |
| 63 | ISOutsource<br>19119 North Creek Parkway<br>Suite 200<br>Bothell, WA 98011 | SMFG, Inc. | **$4,279.86** |
| 64 | Moss Adams LLP<br>2707 Clby Avenue<br>Suite 801<br>Everett, WA 98201 | SMFG, Inc. | **$16,394.20** |
| 65 | N.A.P. Management, Inc.<br>7527 SE 24th Street<br>Suite 315<br>Mercer Island, WA 98040 | SMFG, Inc. | **$12,055.74** |
| 66 | **Jodi Phillipson**<br>**PO Box 3839**<br>**McKinney Avenue**<br>**Suite 155-762**<br>**Dallas, TX 75204** | **Smart Money Secured Income Fund, LLC** | **$505,000.00** |
| 67 | **Dance, Bigelow & Co., PC**<br>**3492 Long Island Prairie Rd**<br>**Suite 100**<br>**Flower Mound, TX 75022** | **Turnkey Fund Manager, LLC** | **$5,760.00** |
| 68 | **Pino Nicholson PLLC**<br>**PO Box 1511**<br>**Orlando, FL 32802** | **Turnkey Fund Manager, LLC** | **$8,840.94** |

RESPECTFULLY SUBMITTED 18th of July 2016.

                    */s/ Andrew Layden*
                    Elizabeth A. Green, Esquire
                    Florida Bar No.: 0600547
                    egreen@bakerlaw.com
                    Wendy C. Townsend, Esquire
                    Florida Bar No.: 517951
                    wtownsend@bakerlaw.com
                    Andrew V. Layden, Esquire
                    Florida Bar No.: 86070
                    alayden@bakerlaw.com
                    BAKER & HOSTETLER LLP
                    200 S. Orange Ave.
                    SunTrust Center, Suite 2300
                    P.O. Box 112 (32802-0112)
                    Orlando, Florida 32801-3432
                    Telephone: (407) 649-4000
                    Facsimile: (407) 841-0168
                    *Counsel for the Debtors*