## EXHIBIT C-7

In re: Pelican Real Estate, LLC, et al.
Case No. 6:16-bk-03817-RAC

## INVOICES OF TURNKEY INVESTMENT FUND MANAGER, LLC

# BakerHostetler

Turnkey Investment Fund, Manager, LLC
9633 Market Place, Suite 201
Lake Stevens, WA 98258-7944

| | |
|---|---|
| Invoice Date: | 09/29/16 |
| Invoice Number: | 50295286 |
| B&H File Number: | 07939/107060/000001 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

**Regarding:**          **Chapter 11 Bankruptcy Proceeding**

For professional services rendered from July 1, 2016 through July 31, 2016

**BALANCE FOR THIS INVOICE DUE BY 10/29/16      $      2,449.50**

# Remittance Copy

**Please include this page with payment**

**Invoice No:  50295286**

**<u>Firm Contact Information</u>**

Elie Sanchez
(407) 649-3923
efsanchez@bakerlaw.com

| | |
|---|---|
| **Please Remit To:** | **FOR WIRE REMITTANCES:** |
| **Baker & Hostetler LLP** | **Baker & Hostetler LLP** |
| **P.O. Box 70189** | **KeyBank, N.A., Cleveland, OH** |
| **Cleveland, OH  44190-0189** | **Account No: 1001516552 / ABA 041001039** |
| | **<u>SWIFT Code: KEYBUS33</u>** |
| **Reference Invoice No:** | **Email the "Remittance Copy" to** |
| **50295286** | **bakerlockbox@bakerlaw.com** |

# BakerHostetler

Turnkey Investment Fund, Manager, LLC
9633 Market Place, Suite 201
Lake Stevens, WA 98258-7944

| | |
|---|---|
| Invoice Date: | 09/29/16 |
| Invoice Number: | 50295286 |
| B&H File Number: | 07939/107060/000001 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 2 |

**Regarding:**        **Chapter 11 Bankruptcy Proceeding**

For professional services rendered from July 1, 2016 through July 31, 2016

**Fees**                                              $        2,449.50

**BALANCE FOR THIS INVOICE DUE BY 10/29/16**                          $        2,449.50

# Baker&Hostetler LLP

Turnkey Investment Fund Manager, LLC

|  | Invoice Date: | 09/29/16 |
|---|---|---|
|  | Invoice Number: | 50295286 |
|  | Matter Number: | 107060.000001 |
|  |  | Page 3 |

**Regarding:**          **Chapter 11 Bankruptcy Proceeding**

Matter Number:          107060.000001

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Layden Andrew V. | 1.90 | $  325.00 | $       617.50 |
| Townsend Wendy C. | 0.80 | 415.00 | 332.00 |
| Lane Deanna L | 6.00 | 250.00 | 1,500.00 |
| **Total** | **8.70** | $ | **2,449.50** |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 07/05/16 | Townsend Wendy C. | Review, revise order granting relief as to extension of time to file tax returns, furnish to US Trustee, telephone conference with Ms.Escamilla regarding changes and telephone conference with V. Jackson at IRS regarding order and file. | 0.10 | 41.50 |
| 07/07/16 | Townsend Wendy C. | Telephone conference with clients, L. Pino, Bill Maloney and A. Layden regarding hiring of Sam Hammer appointment of Receiver and issues related to bankruptcy case. | 0.10 | 41.50 |
| 07/12/16 | Layden Andrew V. | Review issues regarding and telephone conference with clients regarding status of case. | 0.20 | 65.00 |
| 07/12/16 | Layden Andrew V. | Finalize entity ownership/management chart to determine whether to revise initial filings in bankruptcy case. | 0.10 | 32.50 |
| 07/13/16 | Lane Deanna L | Uploading additional creditors to lead case and to each individual case. | 0.30 | 75.00 |
| 07/14/16 | Lane Deanna L | Assembling client draft of monthly operating reports, and attachments for nine (9) entities for Ms. Townsend and Mr. Maloney | 0.20 | 50.00 |
| 07/15/16 | Lane Deanna L | Review of client drop box of documents for IDI Meeting; initial preparation of nine (9) sets of IDI binders for client, B&H and U.S. | 0.60 | 150.00 |

**Baker & Hostetler LLP**

| | | | | | | |
|---|---|---|---|---|---|---|
| *Atlanta* | *Chicago* | *Cincinnati* | *Cleveland* | *Columbus* | *Costa Mesa* | *Denver* |
| *Houston* | *Los Angeles* | *New York* | *Orlando* | *Philadelphia* | *Seattle* | *Washington, DC* |

Turnkey Investment Fund Manager, LLC

Invoice Date: 09/29/16
Invoice Number: 50295286
Matter Number: 107060.000001
Page 4

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | Trustee | | |
| 07/18/16 | Lane Deanna L | Assembling client drafts and exhibits of monthly reports for Mr. Maloney's review; sending same to Mr. Maloney and Ms. Townsend | 0.20 | 50.00 |
| 07/18/16 | Lane Deanna L | Continuation of the preapation of 9 IDI binders with recently received information from client | 0.50 | 125.00 |
| 07/18/16 | Layden Andrew V. | Prepare for and attend telephone conference with SEC's counsel regarding status of case and agreed motion for examiner. | 0.10 | 32.50 |
| 07/20/16 | Lane Deanna L | Finalizing IDI binder and sending same to US Trustee, client and Ms. Townsend | 0.10 | 25.00 |
| 07/20/16 | Layden Andrew V. | Review / revise MORs for all debtors. | 0.10 | 32.50 |
| 07/21/16 | Lane Deanna L | Work on securing additional documents requested by US Trustee for all nine entities | 0.90 | 225.00 |
| 07/21/16 | Layden Andrew V. | Telephone conference with Brian McDowell regarding status of case. | 0.10 | 32.50 |
| 07/22/16 | Lane Deanna L | Review, compilation redacting of June 2016 MOR and exhibits. | 0.40 | 100.00 |
| 07/22/16 | Lane Deanna L | Telephonically attending the IDI meeting | 2.00 | 500.00 |
| 07/22/16 | Layden Andrew V. | Prepare for and attend telephone conference with client and advisors regarding status and strategy moving forward. | 0.30 | 97.50 |
| 07/22/16 | Townsend Wendy C. | Review issues regarding additional information requested by Mr. Lynch. | 0.20 | 83.00 |
| 07/22/16 | Townsend Wendy C. | Attend IDI meeting. | 0.20 | 83.00 |
| 07/22/16 | Townsend Wendy C. | Prepare for IDI by reviewing documents and noting issues. | 0.20 | 83.00 |
| 07/25/16 | Layden Andrew V. | Prepare for 341 meeting; attend 341 | 0.90 | 292.50 |

Baker & Hostetler LLP

Turnkey Investment Fund Manager, LLC

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | meeting; and debrief with Mr. Fossum and Mr. Crapson. | | |
| 07/25/16 | Layden Andrew V. | Prepare for 341 meeting; attend 341 meeting; and debrief with Mr. Fossum and Mr. Crapson. | 0.10 | 32.50 |
| 07/29/16 | Lane Deanna L | Review of documents from client to answer US Trustee's additional document requests; adding same to folder for Ms. Townsend and Mr. Layden to review prior to sending to US Trustee | 0.80 | 200.00 |
| | **Total** | | **8.70** | **2,449.50** |

# Baker & Hostetler LLP

| Atlanta | Chicago | Cincinnati | Cleveland | Columbus | Costa Mesa | Denver |
| Houston | Los Angeles | New York | Orlando | Philadelphia | Seattle | Washington, DC |

# BakerHostetler

Turnkey Investment Fund, Manager, LLC
9633 Market Place, Suite 201
Lake Stevens, WA 98258-7944

| | |
|---|---|
| Invoice Date: | 10/31/16 |
| Invoice Number: | 50307879 |
| B&H File Number: | 07939/107060/000001 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

**Regarding:**  **Chapter 11 Bankruptcy Proceeding**

For professional services rendered from August 1, 2016 through August 31, 2016

**BALANCE FOR THIS INVOICE DUE BY 11/30/16**     $     **2,431.00**

# Remittance Copy

Please include this page with payment

**Invoice No:  50307879**

**Firm Contact Information**

Elie Sanchez
(407) 649-3923
efsanchez@bakerlaw.com

| Please Remit To:<br>**Baker & Hostetler LLP**<br>**P.O. Box 70189**<br>**Cleveland, OH  44190-0189** | FOR WIRE REMITTANCES:<br>**Baker & Hostetler LLP**<br>**KeyBank, N.A., Cleveland, OH**<br>**Account No: 1001516552 / ABA 041001039**<br>**SWIFT Code: KEYBUS33** |
|---|---|
| **Reference Invoice No:**<br>**50307879** | **Email the "Remittance Copy" to**<br>**bakerlockbox@bakerlaw.com** |

# BakerHostetler

Turnkey Investment Fund, Manager, LLC
9633 Market Place, Suite 201
Lake Stevens, WA 98258-7944

Invoice Date:                              10/31/16
Invoice Number:                         50307879
B&H File Number:  07939/107060/000001
Taxpayer ID Number:                  34-0082025
Page 2

**Regarding:**          **Chapter 11 Bankruptcy Proceeding**

For professional services rendered from August 1, 2016 through August 31, 2016

**Fees**                                          $        2,431.00

**BALANCE FOR THIS INVOICE DUE BY 11/30/16**                              $        2,431.00

# Baker&Hostetler LLP

Turnkey Investment Fund Manager, LLC

Invoice Date:          10/31/16
Invoice Number:          50307879
Matter Number:          107060.000001
Page 3

**Regarding:**          **Chapter 11 Bankruptcy Proceeding**

Matter Number:          107060.000001

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Green Elizabeth A. | 2.30 | $ 625.00 | $ 1,437.50 |
| Layden Andrew V. | 1.60 | 325.00 | 520.00 |
| Townsend Wendy C. | 0.90 | 415.00 | 373.50 |
| Lane Deanna L | 0.40 | 250.00 | 100.00 |
| **Total** | **5.20** | | **$ 2,431.00** |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|------:|-------:|
| 08/02/16 | Green Elizabeth A. | Review 341 transcript. | 0.20 | 125.00 |
| 08/03/16 | Lane Deanna L | Sending US Trustee additional documents requested at the IDI/341 meetings | 0.10 | 25.00 |
| 08/04/16 | Green Elizabeth A. | Prepare Ron Fossum for 341 meeting. | 0.30 | 187.50 |
| 08/04/16 | Layden Andrew V. | 341 preparation meeting with Mr. Fossum. | 0.40 | 130.00 |
| 08/04/16 | Layden Andrew V. | Prepare for preparation meeting with Mr. Fossum for 341 meeting. | 0.50 | 162.50 |
| 08/04/16 | Townsend Wendy C. | Prepare Mr. Fossum for 341 meeting. | 0.20 | 83.00 |
| 08/05/16 | Green Elizabeth A. | Attend 341 Meeting of Creditors. | 1.40 | 875.00 |
| 08/05/16 | Layden Andrew V. | Pre-341 meeting with Mr. Fossum and Mr. Maloney. | 0.10 | 32.50 |
| 08/05/16 | Layden Andrew V. | Lunch meeting with Mr.Fossum re: 341 meeting testimony. | 0.10 | 32.50 |
| 08/05/16 | Layden Andrew V. | Attend 341 meeting. | 0.50 | 162.50 |
| 08/05/16 | Townsend Wendy C. | Prepare for, attend and review issues regarding the continued 341 meeting. | 0.30 | 124.50 |
| 08/17/16 | Lane Deanna L | Compiling monthly operating reports and | 0.20 | 50.00 |

**Baker&Hostetler** LLP

*Atlanta     Chicago     Cincinnati     Cleveland     Columbus     Costa Mesa     Denver*
*Houston     Los Angeles     New York     Orlando     Philadelphia     Seattle     Washington, DC*

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | exhibits from client dropbox for Mr. Maloney's review | | |
| 08/18/16 | Lane Deanna L | Recalculating cumulative columns on July Monthly Operating Report | 0.10 | 25.00 |
| 08/18/16 | Townsend Wendy C. | Receipt and review of correspondence from Mr. Maloney regarding MOR's and review issues regarding same. | 0.10 | 41.50 |
| 08/24/16 | Green Elizabeth A. | Attend 341 Meeting of Creditors. | 0.40 | 250.00 |
| 08/24/16 | Townsend Wendy C. | Prepare for and attend 341 meeting. | 0.30 | 124.50 |
| | **Total** | | **5.20** | **2,431.00** |

# Baker&Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

# BakerHostetler

Turnkey Investment Fund, Manager, LLC
9633 Market Place, Suite 201
Lake Stevens, WA 98258-7944

| | |
|---|---|
| Invoice Date: | 11/09/16 |
| Invoice Number: | 50309870 |
| B&H File Number: | 07939/107060/000001 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

---

**Regarding:**          **Chapter 11 Bankruptcy Proceeding**

For professional services rendered through September 30, 2016

**BALANCE FOR THIS INVOICE DUE BY 12/09/16        $          150.00**

# Remittance Copy

**Please include this page with payment**

**Invoice No: 50309870**

**Firm Contact Information**

Elie Sanchez
(407) 649-3923
efsanchez@bakerlaw.com

| Please Remit To: | FOR WIRE REMITTANCES: |
|---|---|
| **Baker & Hostetler LLP** | **Baker & Hostetler LLP** |
| **P.O. Box 70189** | **KeyBank, N.A., Cleveland, OH** |
| **Cleveland, OH  44190-0189** | **Account No: 1001516552 / ABA 041001039** |
| | **SWIFT Code: KEYBUS33** |
| **Reference Invoice No:** | **Email the "Remittance Copy" to** |
| **50309870** | **bakerlockbox@bakerlaw.com** |

# BakerHostetler

| | |
|---|---|
| Turnkey Investment Fund, Manager, LLC | Invoice Date: 11/09/16 |
| 9633 Market Place, Suite 201 | Invoice Number: 50309870 |
| Lake Stevens, WA 98258-7944 | B&H File Number: 07939/107060/000001 |
| | Taxpayer ID Number: 34-0082025 |
| | Page 2 |

**Regarding:**          **Chapter 11 Bankruptcy Proceeding**

For professional services rendered through September 30, 2016

| | | |
|---|---|---|
| **Fees** | $ | **150.00** |
| **BALANCE FOR THIS INVOICE DUE BY 12/09/16** | $ | **150.00** |

# Baker&Hostetler LLP

*Atlanta      Chicago      Cincinnati      Cleveland      Columbus      Costa Mesa      Denver*
*Houston      Los Angeles      New York      Orlando      Philadelphia      Seattle      Washington, DC*

**Regarding:**        **Chapter 11 Bankruptcy Proceeding**

Matter Number:        107060.000001

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Lane Deanna L | 0.60 | $ 250.00 | $ 150.00 |
| **Total** | **0.60** | | **$ 150.00** |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|------:|-------:|
| 09/19/16 | Lane Deanna L | Initial review of monthly operating report; requesting bank statements and check registers from client | 0.20 | 50.00 |
| 09/20/16 | Lane Deanna L | Assembling, finalizing and redacting August 2016 monthly operating with all attachments; e-filing same | 0.40 | 100.00 |
| | | **Total** | **0.60** | **150.00** |

# Baker&Hostetler LLP

*Atlanta     Chicago     Cincinnati     Cleveland     Columbus     Costa Mesa     Denver
Houston     Los Angeles     New York     Orlando     Philadelphia     Seattle     Washington, DC*

# BakerHostetler

Turnkey Investment Fund, Manager, LLC
9633 Market Place, Suite 201
Lake Stevens, WA 98258-7944

| | |
|---|---|
| Invoice Date: | 11/23/16 |
| Invoice Number: | 50317037 |
| B&H File Number: | 07939/107060/000001 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

---

**Regarding:**        **Chapter 11 Bankruptcy Proceeding**

For professional services rendered from October 1, 2016 through October 31, 2016

**BALANCE FOR THIS INVOICE DUE BY 12/23/16        $        75.00**

# Remittance Copy

Please include this page with payment

**Invoice No:  50317037**

**Firm Contact Information**

Elie Sanchez
(407) 649-3923
efsanchez@bakerlaw.com

| | |
|---|---|
| **Please Remit To:**<br>**Baker & Hostetler LLP**<br>**P.O. Box 70189**<br>**Cleveland, OH  44190-0189** | **FOR WIRE REMITTANCES:**<br>**Baker & Hostetler LLP**<br>**KeyBank, N.A., Cleveland, OH**<br>**Account No: 1001516552 / ABA 041001039**<br>**SWIFT Code: KEYBUS33** |
| **Reference Invoice No:**<br>**50317037** | **Email the "Remittance Copy" to**<br>**bakerlockbox@bakerlaw.com** |

# BakerHostetler

Turnkey Investment Fund, Manager, LLC
9633 Market Place, Suite 201
Lake Stevens, WA 98258-7944

| | |
|---|---|
| Invoice Date: | 11/23/16 |
| Invoice Number: | 50317037 |
| B&H File Number: | 07939/107060/000001 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 2 |

**Regarding:**      **Chapter 11 Bankruptcy Proceeding**

For professional services rendered from October 1, 2016 through October 31, 2016

| | | | |
|---|---|---|---|
| **Fees** | $ | 75.00 | |
| **BALANCE FOR THIS INVOICE DUE BY 12/23/16** | | $ | 75.00 |

# Baker&Hostetler LLP

Atlanta       Chicago       Cincinnati       Cleveland       Columbus       Costa Mesa       Denver
Houston       Los Angeles       New York       Orlando       Philadelphia       Seattle       Washington, DC

**Regarding:**      **Chapter 11 Bankruptcy Proceeding**

Matter Number:      107060.000001

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Lane Deanna L | 0.30 | $ 250.00 | $ 75.00 |
| **Total** | **0.30** | | **$ 75.00** |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|------:|-------:|
| 10/19/16 | Lane Deanna L | Receipt of, assembling, reviewing, and redacting September 2016 monthly operating report | 0.30 | 75.00 |
| | | **Total** | **0.30** | **75.00** |

**Baker & Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

# BakerHostetler

Turnkey Investment Fund, Manager, LLC
9633 Market Place, Suite 201
Lake Stevens, WA 98258-7944

| | |
|---|---|
| Invoice Date: | 12/29/16 |
| Invoice Number: | 50332103 |
| B&H File Number: | 07939/107060/000001 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

**Regarding:**        **Chapter 11 Bankruptcy Proceeding**

For professional services rendered through November 30, 2016

**BALANCE FOR THIS INVOICE DUE BY 01/28/17**        $        237.50

# Remittance Copy

Please include this page with payment

### Invoice No: 50332103

#### Firm Contact Information

Elie Sanchez
(407) 649-3923
efsanchez@bakerlaw.com

| Please Remit To:<br>**Baker & Hostetler LLP**<br>**P.O. Box 70189**<br>**Cleveland, OH  44190-0189** | FOR WIRE REMITTANCES:<br>**Baker & Hostetler LLP**<br>**KeyBank, N.A., Cleveland, OH**<br>**Account No: 1001516552 / ABA 041001039**<br>**SWIFT Code: KEYBUS33** |
|---|---|
| **Reference Invoice No:**<br>**50332103** | **Email the "Remittance Copy" to**<br>**bakerlockbox@bakerlaw.com** |

# BakerHostetler

Turnkey Investment Fund, Manager, LLC
9633 Market Place, Suite 201
Lake Stevens, WA 98258-7944

| | |
|---|---|
| Invoice Date: | 12/29/16 |
| Invoice Number: | 50332103 |
| B&H File Number: | 07939/107060/000001 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 2 |

**Regarding:**          **Chapter 11 Bankruptcy Proceeding**

For professional services rendered through November 30, 2016

**Fees**                                    $        237.50

**BALANCE FOR THIS INVOICE DUE BY 01/28/17**                    $        237.50

# Baker&Hostetler LLP

| | | | | | | |
|---|---|---|---|---|---|---|
| *Atlanta* | *Chicago* | *Cincinnati* | *Cleveland* | *Columbus* | *Costa Mesa* | *Denver* |
| *Houston* | *Los Angeles* | *New York* | *Orlando* | *Philadelphia* | *Seattle* | *Washington, DC* |

**Regarding:**        **Chapter 11 Bankruptcy Proceeding**

Matter Number:       107060.000001

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Layden Andrew V. | 0.50 | $ 325.00 | $   162.50 |
| Lane Deanna L | 0.30 | 250.00 | 75.00 |
| **Total** | **0.80** | | **$   237.50** |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/11/16 | Lane Deanna L | Receipt of, assembling, reviewing, redacting and e-filing October 2016 monthly operating report | 0.30 | 75.00 |
| 11/21/16 | Layden Andrew V. | Review and revise draft response to Examiner's Report. | 0.20 | 65.00 |
| 11/21/16 | Layden Andrew V. | Call with Examiner regarding potential changes to report and following call create action items for Debtors' position statement in response to Examiner's Report. | 0.30 | 97.50 |
| | **Total** | | **0.80** | **237.50** |

**Baker&Hostetler** LLP

*Atlanta      Chicago      Cincinnati      Cleveland      Columbus      Costa Mesa      Denver*
*Houston      Los Angeles      New York      Orlando      Philadelphia      Seattle      Washington, DC*

# BakerHostetler

Turnkey Investment Fund, Manager, LLC
9633 Market Place, Suite 201
Lake Stevens, WA 98258-7944

| | |
|---|---|
| Invoice Date: | 01/09/17 |
| Invoice Number: | 50333020 |
| B&H File Number: | 07939/107060/000001 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

**Regarding:**       **Chapter 11 Bankruptcy Proceeding**

For professional services rendered through December 31, 2016

**BALANCE FOR THIS INVOICE DUE BY 02/08/17        $        50.00**

# Remittance Copy

Please include this page with payment

**Invoice No:  50333020**

**Firm Contact Information**

Elie Sanchez
(407) 649-3923
efsanchez@bakerlaw.com

| | |
|---|---|
| **Please Remit To:**<br>**Baker & Hostetler LLP**<br>**P.O. Box 70189**<br>**Cleveland, OH  44190-0189** | **FOR WIRE REMITTANCES:**<br>**Baker & Hostetler LLP**<br>**KeyBank, N.A., Cleveland, OH**<br>**Account No: 1001516552 / ABA 041001039**<br>**SWIFT Code: KEYBUS33** |
| **Reference Invoice No:**<br>**50333020** | **Email the "Remittance Copy" to**<br>**bakerlockbox@bakerlaw.com** |

# BakerHostetler

| | |
|---|---|
| Turnkey Investment Fund, Manager, LLC | Invoice Date: 01/09/17 |
| 9633 Market Place, Suite 201 | Invoice Number: 50333020 |
| Lake Stevens, WA 98258-7944 | B&H File Number: 07939/107060/000001 |
| | Taxpayer ID Number: 34-0082025 |
| | Page 2 |

**Regarding:**      **Chapter 11 Bankruptcy Proceeding**

For professional services rendered through December 31, 2016

**Fees**                                          $          50.00

**BALANCE FOR THIS INVOICE DUE BY 02/08/17**                        $          50.00

# Baker&Hostetler LLP

Atlanta        Chicago        Cincinnati        Cleveland        Columbus        Costa Mesa        Denver
Houston        Los Angeles        New York        Orlando        Philadelphia        Seattle        Washington, DC

Turnkey Investment Fund Manager, LLC
Case 6:16-bk-03817-CCJ    Doc 325-10    Filed 01/11/17    Page 22 of 43

Invoice Date:          01/09/17
Invoice Number:        50333020
Matter Number:         107060.000001
Page 3

**Regarding:**          **Chapter 11 Bankruptcy Proceeding**

Matter Number:          107060.000001

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Lane Deanna L | 0.20 | $ 250.00 | $ 50.00 |
| **Total** | **0.20** | | **$ 50.00** |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 12/08/16 | Lane Deanna L | Receipt of, assembling, reviewing, redacting and e-filing November 2016 monthly operating report | 0.20 | 50.00 |
| | | **Total** | **0.20** | **50.00** |

# Baker & Hostetler LLP

*Atlanta     Chicago     Cincinnati     Cleveland     Columbus     Costa Mesa     Denver*
*Houston     Los Angeles     New York     Orlando     Philadelphia     Seattle     Washington, DC*

# BakerHostetler

Turnkey Investment Fund, Manager, LLC
9633 Market Place, Suite 201
Lake Stevens, WA 98258-7944

| | |
|---|---|
| Invoice Date: | 08/26/16 |
| Invoice Number: | 50281922 |
| B&H File Number: | 07939/107060/000002 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

**Regarding:**        **Schedules**

For professional services rendered through June 30, 2016

### BALANCE FOR THIS INVOICE DUE BY 09/25/16        $        357.50

## Remittance Copy

Please include this page with payment

### Invoice No:  50281922

### Firm Contact Information

Elie Sanchez
(407) 649-3923
efsanchez@bakerlaw.com

| | |
|---|---|
| **Please Remit To:**<br>**Baker & Hostetler LLP**<br>**P.O. Box 70189**<br>**Cleveland, OH  44190-0189** | **FOR WIRE REMITTANCES:**<br>**Baker & Hostetler LLP**<br>**KeyBank, N.A., Cleveland, OH**<br>**Account No: 1001516552 / ABA 041001039**<br><u>**SWIFT Code: KEYBUS33**</u> |
| **Reference Invoice No:**<br>**50281922** | **Email the "Remittance Copy" to**<br>**bakerlockbox@bakerlaw.com** |

# BakerHostetler

Turnkey Investment Fund, Manager, LLC
9633 Market Place, Suite 201
Lake Stevens, WA 98258-7944

| | |
|---|---|
| Invoice Date: | 08/26/16 |
| Invoice Number: | 50281922 |
| B&H File Number: | 07939/107060/000002 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 2 |

**Regarding:**          **Schedules**

For professional services rendered through June 30, 2016

| | | | |
|---|---|---|---|
| **Fees** | $ | 357.50 | |
| **BALANCE FOR THIS INVOICE DUE BY 09/25/16** | | $ | 357.50 |

# Baker&Hostetler LLP

*Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver*
*Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC*

Turnkey Investment Fund Manager, LLC

| | |
|---|---|
| Invoice Date: | 08/26/16 |
| Invoice Number: | 50281922 |
| Matter Number: | 107060.000002 |
| | Page 3 |

**Regarding:**  **Schedules**

Matter Number:  107060.000002

| Name | Hours | Rate | | Amount |
|---|---|---|---|---|
| Layden Andrew V. | 0.10 | $ 325.00 | $ | 32.50 |
| Lane Deanna L | 1.30 | 250.00 | | 325.00 |
| **Total** | **1.40** | | **$** | **357.50** |

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/20/16 | Layden Andrew V. | Edit Motion for Extension of Time to File Schedules. | 0.10 |
| 06/27/16 | Lane Deanna L | Continuation of drafting of Turnkey Manager Schedules and SOFA | 0.60 |
| 06/27/16 | Lane Deanna L | Preparing and e-filing Notices of Change of Address of Debtor. | 0.30 |
| 06/30/16 | Lane Deanna L | Review of revised information from client in order to revise schedules and SOFA | 0.40 |
| | | **Total** | **1.40** |

**Baker & Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

# BakerHostetler

| | |
|---|---|
| Turnkey Investment Fund, Manager, LLC | Invoice Date: 09/29/16 |
| 9633 Market Place, Suite 201 | Invoice Number: 50295284 |
| Lake Stevens, WA 98258-7944 | B&H File Number: 07939/107060/000002 |
| | Taxpayer ID Number: 34-0082025 |
| | Page 1 |

**Regarding:**     **Schedules**

For professional services rendered from July 1, 2016 through July 31, 2016

**BALANCE FOR THIS INVOICE DUE BY 10/29/16**      $      **1,245.00**

# Remittance Copy

Please include this page with payment

**Invoice No:  50295284**

**Firm Contact Information**

Elie Sanchez
(407) 649-3923
efsanchez@bakerlaw.com

| | |
|---|---|
| **Please Remit To:** | **FOR WIRE REMITTANCES:** |
| **Baker & Hostetler LLP** | **Baker & Hostetler LLP** |
| **P.O. Box 70189** | **KeyBank, N.A., Cleveland, OH** |
| **Cleveland, OH  44190-0189** | **Account No: 1001516552 / ABA 041001039** |
| | **SWIFT Code: KEYBUS33** |
| **Reference Invoice No:** | **Email the "Remittance Copy" to** |
| **50295284** | **bakerlockbox@bakerlaw.com** |

Turnkey Investment Fund Manager, LLC

**Regarding:**          **Schedules**

Matter Number:          107060.000002

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Layden Andrew V. | 0.30 | $ 325.00 | $ 97.50 |
| Townsend Wendy C. | 1.50 | 415.00 | 622.50 |
| Lane Deanna L | 2.10 | 250.00 | 525.00 |
| **Total** | **3.90** | | **$ 1,245.00** |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 07/06/16 | Townsend Wendy C. | Begin reviewing issues related to schedules in anticipation of filing same and prepare correspondence to client with questions for resolution. | 0.20 | 83.00 |
| 07/11/16 | Lane Deanna L | Reviewing and editing schedules and statement of financial affairs after initial review by Ms. Townsend. | 1.10 | 275.00 |
| 07/11/16 | Layden Andrew V. | Review issues regarding finalizing schedules for entities, and telephone conference with Jared Crapson regarding same. | 0.30 | 97.50 |
| 07/11/16 | Townsend Wendy C. | Continue addressing issues related to preparation of schedules and preparing questions for client call in effort to finalize schedules. | 0.50 | 207.50 |
| 07/12/16 | Lane Deanna L | Final editing and e-filing schedules and statement of financial affairs after final review by Ms. Townsend and client. | 1.00 | 250.00 |
| 07/12/16 | Townsend Wendy C. | Continue reviewing revising and preparing schedule for filing and confirm changes with client. | 0.40 | 166.00 |
| 07/12/16 | Townsend Wendy C. | Telephone conference with client regarding preparation of schedule. | 0.40 | 166.00 |

# Baker & Hostetler LLP

*Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver*
*Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC*

Turnkey Investment Fund Manager, LLC

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | **Total** | **3.90** | **1,245.00** |

Baker&Hostetler LLP

*Atlanta     Chicago     Cincinnati     Cleveland     Columbus     Costa Mesa     Denver
Houston     Los Angeles     New York     Orlando     Philadelphia     Seattle     Washington, DC*

# BakerHostetler

Turnkey Investment Fund, Manager, LLC
9633 Market Place, Suite 201
Lake Stevens, WA 98258-7944

| | |
|---|---|
| Invoice Date: | 10/31/16 |
| Invoice Number: | 50308783 |
| B&H File Number: | 07939/107060/000002 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

---

**Regarding:**         **Schedules**

For professional services rendered through August 30, 2016

**BALANCE FOR THIS INVOICE DUE BY 11/30/16**         **$         75.00**

# Remittance Copy

Please include this page with payment

**Invoice No:  50308783**

**Firm Contact Information**

Elie Sanchez
(407) 649-3923
efsanchez@bakerlaw.com

| | |
|---|---|
| **Please Remit To:**<br>**Baker & Hostetler LLP**<br>**P.O. Box 70189**<br>**Cleveland, OH  44190-0189** | **FOR WIRE REMITTANCES:**<br>**Baker & Hostetler LLP**<br>**KeyBank, N.A., Cleveland, OH**<br>**Account No: 1001516552 / ABA 041001039**<br>**SWIFT Code: KEYBUS33** |
| **Reference Invoice No:**<br>**50308783** | **Email the "Remittance Copy" to**<br>**bakerlockbox@bakerlaw.com** |

# BakerHostetler

Turnkey Investment Fund, Manager, LLC
9633 Market Place, Suite 201
Lake Stevens, WA 98258-7944

| | |
|---|---|
| Invoice Date: | 10/31/16 |
| Invoice Number: | 50308783 |
| B&H File Number: | 07939/107060/000002 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 2 |

---

**Regarding:**　　　**Schedules**

For professional services rendered through August 30, 2016

| | | |
|---|---|---|
| **Fees** | $ | **75.00** |
| **BALANCE FOR THIS INVOICE DUE BY 11/30/16** | $ | **75.00** |

# Baker & Hostetler LLP

*Atlanta*　*Chicago*　*Cincinnati*　*Cleveland*　*Columbus*　*Costa Mesa*　*Denver*
*Houston*　*Los Angeles*　*New York*　*Orlando*　*Philadelphia*　*Seattle*　*Washington, DC*

Turnkey Investment Fund Manager, LLC

| | |
|---|---|
| Invoice Date: | 10/31/16 |
| Invoice Number: | 50308783 |
| Matter Number: | 107060.000002 |
| | Page 3 |

**Regarding:**      **Schedules**

Matter Number:      107060.000002

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lane Deanna L | 0.30 | $   250.00 | $   75.00 |
| **Total** | **0.30** | | $   **75.00** |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 08/17/16 | Lane Deanna L | Preparing and filing Amended Statement of Financial Affairs to reflect change in attorney retainer and pre-petition fee information | 0.30 | 75.00 |
| | | **Total** | **0.30** | **75.00** |

# Baker&Hostetler LLP

*Atlanta     Chicago     Cincinnati     Cleveland     Columbus     Costa Mesa     Denver*
*Houston     Los Angeles     New York     Orlando     Philadelphia     Seattle     Washington, DC*

# BakerHostetler

Turnkey Investment Fund, Manager, LLC
9633 Market Place, Suite 201
Lake Stevens, WA 98258-7944

| | |
|---|---|
| Invoice Date: | 09/29/16 |
| Invoice Number: | 50295285 |
| B&H File Number: | 07939/107060/000004 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

---

**Regarding:**          **Professionals**

For professional services rendered from July 1, 2016 through July 31, 2016

**BALANCE FOR THIS INVOICE DUE BY 10/29/16        $        249.00**

# Remittance Copy

**Please include this page with payment**

**Invoice No:  50295285**

**Firm Contact Information**

Elie Sanchez
(407) 649-3923
efsanchez@bakerlaw.com

| | |
|---|---|
| **Please Remit To:** | **FOR WIRE REMITTANCES:** |
| **Baker & Hostetler LLP** | **Baker & Hostetler LLP** |
| **P.O. Box 70189** | **KeyBank, N.A., Cleveland, OH** |
| **Cleveland, OH  44190-0189** | **Account No: 1001516552 / ABA 041001039** |
| | **SWIFT Code: KEYBUS33** |
| | |
| **Reference Invoice No:** | **Email the "Remittance Copy" to** |
| **50295285** | **bakerlockbox@bakerlaw.com** |

# BakerHostetler

Turnkey Investment Fund, Manager, LLC
9633 Market Place, Suite 201
Lake Stevens, WA 98258-7944

| | |
|---|---|
| Invoice Date: | 09/29/16 |
| Invoice Number: | 50295285 |
| B&H File Number: | 07939/107060/000004 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 2 |

**Regarding:**          **Professionals**

For professional services rendered from July 1, 2016 through July 31, 2016

| | | |
|---|---|---|
| **Fees** | $ | **249.00** |
| **BALANCE FOR THIS INVOICE DUE BY 10/29/16** | $ | **249.00** |

# Baker&Hostetler LLP

*Atlanta*      *Chicago*      *Cincinnati*      *Cleveland*      *Columbus*      *Costa Mesa*      *Denver*
*Houston*      *Los Angeles*      *New York*      *Orlando*      *Philadelphia*      *Seattle*      *Washington, DC*

**Regarding:**      **Professionals**

Matter Number:      107060.000004

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Townsend Wendy C. | 0.60 | $ 415.00 | $ 249.00 |
| **Total** | **0.60** | $ | **249.00** |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|------:|-------:|
| 07/05/16 | Townsend Wendy C. | Continue to finalize and resolve issues for conflict check in preparation of preparing App to Employ 2014 and 2016. | 0.20 | 83.00 |
| 07/05/16 | Townsend Wendy C. | Prepare Application to Employ, Verified Statement and Disclosure of Compensation. | 0.20 | 83.00 |
| 07/22/16 | Townsend Wendy C. | Attend telephone conference with Mr. Pino, Maloney Green, Layden and client. | 0.20 | 83.00 |
| | | **Total** | **0.60** | **249.00** |

**Baker & Hostetler LLP**

| *Atlanta* | *Chicago* | *Cincinnati* | *Cleveland* | *Columbus* | *Costa Mesa* | *Denver* |
| *Houston* | *Los Angeles* | *New York* | *Orlando* | *Philadelphia* | *Seattle* | *Washington, DC* |

# BakerHostetler

Turnkey Investment Fund, Manager, LLC
9633 Market Place, Suite 201
Lake Stevens, WA 98258-7944

| | |
|---|---|
| Invoice Date: | 10/31/16 |
| Invoice Number: | 50307878 |
| B&H File Number: | 07939/107060/000004 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

---

**Regarding:**      **Professionals**

For professional services rendered from August 1, 2016 through August 31, 2016

**BALANCE FOR THIS INVOICE DUE BY 11/30/16      $      373.50**

# Remittance Copy

**Please include this page with payment**

**Invoice No:  50307878**

**Firm Contact Information**

Elie Sanchez
(407) 649-3923
efsanchez@bakerlaw.com

| | |
|---|---|
| **Please Remit To:**<br>**Baker & Hostetler LLP**<br>**P.O. Box 70189**<br>**Cleveland, OH  44190-0189** | **FOR WIRE REMITTANCES:**<br>**Baker & Hostetler LLP**<br>**KeyBank, N.A., Cleveland, OH**<br>**Account No: 1001516552 / ABA 041001039**<br>**SWIFT Code: KEYBUS33** |
| **Reference Invoice No:**<br>**50307878** | **Email the "Remittance Copy" to**<br>**bakerlockbox@bakerlaw.com** |

# BakerHostetler

Turnkey Investment Fund, Manager, LLC
9633 Market Place, Suite 201
Lake Stevens, WA 98258-7944

| | |
|---|---|
| Invoice Date: | 10/31/16 |
| Invoice Number: | 50307878 |
| B&H File Number: | 07939/107060/000004 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 2 |

**Regarding:**  **Professionals**

For professional services rendered from August 1, 2016 through August 31, 2016

| | | | |
|---|---|---|---|
| **Fees** | $ | 373.50 | |
| **BALANCE FOR THIS INVOICE DUE BY 11/30/16** | | $ | 373.50 |

# Baker&Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

**Regarding:**    **Professionals**

Matter Number:    107060.000004

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Townsend Wendy C. | 0.90 | $ 415.00 | $ 373.50 |
| **Total** | **0.90** | | $ **373.50** |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 08/08/16 | Townsend Wendy C. | Conduct legal research regarding representation of multiple debtors by one law firm when intercompany loans exist and review and analyze the same. | 0.20 | 83.00 |
| 08/08/16 | Townsend Wendy C. | Conduct legal research regarding representation of multiple debtors by one law firm when intercompany loans exist and review and analyze the same. | 0.20 | 83.00 |
| 08/08/16 | Townsend Wendy C. | Per Ms. Green's request, and in anticipation of preparing amended application to employ B&H review Objection to Employment filed by US Trustee Kelso. | 0.10 | 41.50 |
| 08/09/16 | Townsend Wendy C. | In anticipation of preparing application to employ Pino as special counsel, prepare correspondence to Mr. Pino requesting specific information, including outstanding prepetition balances and potential conflicts and review the same furnished by Mr. Pino. | 0.10 | 41.50 |
| 08/09/16 | Townsend Wendy C. | Begin preparing Amended Application to Employ B&H, revised 2014 Statement and Revised 2016 Disclosure. | 0.20 | 83.00 |
| 08/10/16 | Townsend Wendy C. | Begin drafting application to employ Mr. Pino and the Pino Nicholson Firm as SEC counsel. | 0.10 | 41.50 |
| | | **Total** | **0.90** | **373.50** |

**Baker&Hostetler LLP**

| | | | | | | |
|---|---|---|---|---|---|---|
| *Atlanta* | *Chicago* | *Cincinnati* | *Cleveland* | *Columbus* | *Costa Mesa* | *Denver* |
| *Houston* | *Los Angeles* | *New York* | *Orlando* | *Philadelphia* | *Seattle* | *Washington, DC* |

# BakerHostetler

Turnkey Investment Fund, Manager, LLC
9633 Market Place, Suite 201
Lake Stevens, WA 98258-7944

| | |
|---|---|
| Invoice Date: | 12/29/16 |
| Invoice Number: | 50332104 |
| B&H File Number: | 07939/107060/000005 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

**Regarding:**        **Plan of Reorganization**

For professional services rendered through November 30, 2016

**BALANCE FOR THIS INVOICE DUE BY 01/28/17        $        162.50**

# Remittance Copy

**Please include this page with payment**

**Invoice No:  50332104**

## Firm Contact Information

Elie Sanchez
(407) 649-3923
efsanchez@bakerlaw.com

| Please Remit To: | FOR WIRE REMITTANCES: |
|---|---|
| **Baker & Hostetler LLP**<br>**P.O. Box 70189**<br>**Cleveland, OH  44190-0189** | **Baker & Hostetler LLP**<br>**KeyBank, N.A., Cleveland, OH**<br>**Account No: 1001516552 / ABA 041001039**<br>**SWIFT Code: KEYBUS33** |
| **Reference Invoice No:**<br>**50332104** | **Email the "Remittance Copy" to**<br>**bakerlockbox@bakerlaw.com** |

# BakerHostetler

| | |
|---|---|
| Turnkey Investment Fund, Manager, LLC | Invoice Date: 12/29/16 |
| 9633 Market Place, Suite 201 | Invoice Number: 50332104 |
| Lake Stevens, WA 98258-7944 | B&H File Number: 07939/107060/000005 |
| | Taxpayer ID Number: 34-0082025 |
| | Page 2 |

**Regarding:**          **Plan of Reorganization**

For professional services rendered through November 30, 2016

|  |  |  |
|---|---|---|
| **Fees** | $ | **162.50** |
| **BALANCE FOR THIS INVOICE DUE BY 01/28/17** | $ | **162.50** |

# Baker & Hostetler LLP

Atlanta     Chicago     Cincinnati     Cleveland     Columbus     Costa Mesa     Denver
Houston     Los Angeles     New York     Orlando     Philadelphia     Seattle     Washington, DC

Turnkey Investment Fund Manager, LLC

Invoice Date:       12/29/16
Invoice Number:     50332104
Matter Number:      107060.000005
Page 3

**Regarding:**        **Plan of Reorganization**

Matter Number:        107060.000005

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Layden Andrew V. | 0.50 | $ 325.00 | $ 162.50 |
| **Total** | **0.50** | | **$ 162.50** |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/22/16 | Layden Andrew V. | Revise Debtors' Plan and Disclosure Statement to account for recent changes, including necessary revisions in light of Examiner's report. | 0.50 | 162.50 |
| | | **Total** | **0.50** | **162.50** |

**Baker&Hostetler** LLP

| | | | | | | |
|---|---|---|---|---|---|---|
| *Atlanta* | *Chicago* | *Cincinnati* | *Cleveland* | *Columbus* | *Costa Mesa* | *Denver* |
| *Houston* | *Los Angeles* | *New York* | *Orlando* | *Philadelphia* | *Seattle* | *Washington, DC* |

# BakerHostetler

Turnkey Investment Fund, Manager, LLC
9633 Market Place, Suite 201
Lake Stevens, WA 98258-7944

| | |
|---|---|
| Invoice Date: | 08/26/16 |
| Invoice Number: | 50281923 |
| B&H File Number: | 07939/107060/000013 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

**Regarding:**     **Case Administration**

For professional services rendered through June 30, 2016

**BALANCE FOR THIS INVOICE DUE BY 09/25/16**     $     100.00

# Remittance Copy

Please include this page with payment

**Invoice No:  50281923**

**Firm Contact Information**

Elie Sanchez
(407) 649-3923
efsanchez@bakerlaw.com

---

| | |
|---|---|
| **Please Remit To:** | **FOR WIRE REMITTANCES:** |
| **Baker & Hostetler LLP** | **Baker & Hostetler LLP** |
| **P.O. Box 70189** | **KeyBank, N.A., Cleveland, OH** |
| **Cleveland, OH  44190-0189** | **Account No: 1001516552 / ABA 041001039** |
| | **SWIFT Code: KEYBUS33** |
| | |
| **Reference Invoice No:** | **Email the "Remittance Copy" to** |
| **50281923** | **bakerlockbox@bakerlaw.com** |

# BakerHostetler

| | |
|---|---|
| Turnkey Investment Fund, Manager, LLC | Invoice Date: 08/26/16 |
| 9633 Market Place, Suite 201 | Invoice Number: 50281923 |
| Lake Stevens, WA 98258-7944 | B&H File Number: 07939/107060/000013 |
| | Taxpayer ID Number: 34-0082025 |
| | Page 2 |

**Regarding:**        **Case Administration**

For professional services rendered through June 30, 2016

**Fees**                                        $        100.00

**BALANCE FOR THIS INVOICE DUE BY 09/25/16**                $        100.00

# Baker&Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Turnkey Investment Fund Manager, LLC     Case 6:16-bk-03817-CCJ    Doc 325-10    Filed 01/11/17    Page 43 of 43    08/26/16

Invoice Number:    50281923
Matter Number:    107060.000013
Page 3

**Regarding:**      **Case Administration**

Matter Number:      107060.000013

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Lane Deanna L | 0.40 | $ 250.00 | $ 100.00 |
| **Total** | **0.40** | | **$ 100.00** |

| Date | Name | Description | Hours |
|------|------|-------------|------:|
| 06/09/16 | Lane Deanna L | Drafting extensive descriptive email to clients regarding Chapter 11 U.S. Trustee Guidelines and items needed for the IDI meeting | 0.10 |
| 06/28/16 | Lane Deanna L | Conversation with Case Manager regarding combined all-creditor matrix; review and de-duplication of creditor matrix; review of POC registers for inclusion on the combined all-creditor matrix; review and correction of addresses of creditors; preparing a Notice of Filing of Combined All-Creditor Mailing Matrix | 0.20 |
| 06/29/16 | Lane Deanna L | Preparing a combined local rule list per Order Granting Motion for Joint Administration | 0.10 |
| | | **Total** | **0.40** |

Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC