## EXHIBIT C-9

In re: Pelican Real Estate, LLC, et al.
Case No. 6:16-bk-03817-RAC

## INVOICES OF SMFG, INC.

# BakerHostetler

SMFG, Inc.
9633 Market Pl Ste 201
Lake Stevens, WA 98258-7944

| | |
|---|---|
| Invoice Date: | 09/29/16 |
| Invoice Number: | 50295279 |
| B&H File Number: | 07939/107058/000001 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

**Regarding:**          **Chapter 11 Bankruptcy Proceeding**

For professional services rendered from July 1, 2016 through July 31, 2016

          **BALANCE FOR THIS INVOICE DUE BY 10/29/16**          $          **2,622.50**

# Remittance Copy

Please include this page with payment

**Invoice No:  50295279**

**Firm Contact Information**

Elie Sanchez
(407) 649-3923
efsanchez@bakerlaw.com

| Please Remit To:<br>**Baker & Hostetler LLP**<br>**P.O. Box 70189**<br>**Cleveland, OH  44190-0189** | **FOR WIRE REMITTANCES:**<br>**Baker & Hostetler LLP**<br>**KeyBank, N.A., Cleveland, OH**<br>**Account No: 1001516552 / ABA 041001039**<br>**SWIFT Code: KEYBUS33** |
|---|---|
| **Reference Invoice No:**<br>**50295279** | **Email the "Remittance Copy" to**<br>**bakerlockbox@bakerlaw.com** |

# BakerHostetler

SMFG, Inc.
9633 Market Pl Ste 201
Lake Stevens, WA 98258-7944

| | |
|---|---|
| Invoice Date: | 09/29/16 |
| Invoice Number: | 50295279 |
| B&H File Number: | 07939/107058/000001 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 2 |

**Regarding:**          **Chapter 11 Bankruptcy Proceeding**

For professional services rendered from July 1, 2016 through July 31, 2016

| | | |
|---|---|---|
| **Fees** | $ | **2,622.50** |
| **BALANCE FOR THIS INVOICE DUE BY 10/29/16** | $ | **2,622.50** |

# Baker&Hostetler LLP

*Atlanta*     *Chicago*     *Cincinnati*     *Cleveland*     *Columbus*     *Costa Mesa*     *Denver*
*Houston*     *Los Angeles*     *New York*     *Orlando*     *Philadelphia*     *Seattle*     *Washington, DC*

**Regarding:**        **Chapter 11 Bankruptcy Proceeding**

Matter Number:      107058.000001

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Layden Andrew V. | 1.80 | $ 325.00 | $      585.00 |
| Townsend Wendy C. | 2.50 | 415.00 | 1,037.50 |
| Lane Deanna L | 4.00 | 250.00 | 1,000.00 |
| **Total** | **8.30** | | $    **2,622.50** |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/05/16 | Townsend Wendy C. | Review, revise order granting relief as to extension of time to file tax returns, furnish to US Trustee, telephone conference with Ms. Escamilla regarding changes and Telephone conference with V. Jackson at IRS regarding order and file. | 0.10 | 41.50 |
| 07/12/16 | Layden Andrew V. | Review issues regarding and telephone conference with clients regarding status of case. | 0.20 | 65.00 |
| 07/12/16 | Layden Andrew V. | Finalize entity ownership/management chart to determine whether to revise initial filings in bankruptcy case. | 0.10 | 32.50 |
| 07/13/16 | Lane Deanna L | Uploading additional creditors to lead case and to each individual case. | 0.30 | 75.00 |
| 07/13/16 | Townsend Wendy C. | Receipt, review and respond to correspondence to correspondence to client regarding preparation of MOR's. | 0.10 | 41.50 |
| 07/14/16 | Lane Deanna L | Assembling client draft of monthly operating reports, and attachments for nine (9) entities for Ms. Townsend and Mr. Maloney | 0.20 | 50.00 |
| 07/14/16 | Townsend Wendy C. | Telephone conference with Bill Maloney regarding hearing. | 0.10 | 41.50 |
| 07/15/16 | Lane Deanna L | Review of client drop box of documents for | 0.60 | 150.00 |

**Baker & Hostetler LLP**

*Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver*
*Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC*

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | IDI Meeting; initial preparation of nine (9) sets of IDI binders for client, B&H and U.S. Trustee | | |
| 07/18/16 | Lane Deanna L | Assembling client drafts and exhibits of monthly reports for Mr. Maloney's review; sending same to Mr. Maloney and Ms. Townsend | 0.20 | 50.00 |
| 07/18/16 | Lane Deanna L | Continuation of the preapation of 9 IDI binders with recently received information from client | 0.50 | 125.00 |
| 07/18/16 | Layden Andrew V. | Prepare for and attend telephone conference with SEC's counsel regarding status of case and agreed motion for examiner. | 0.10 | 32.50 |
| 07/18/16 | Townsend Wendy C. | Address issues with Mr. Maloney regarding Monthly Operating Report. | 0.20 | 83.00 |
| 07/19/16 | Townsend Wendy C. | Telephone conference with Mr. Fossum regarding IDI, 341 and status of cases. | 0.20 | 83.00 |
| 07/19/16 | Townsend Wendy C. | Address issues with Ms. Lane and work to prepare IDI binders. | 0.30 | 124.50 |
| 07/19/16 | Townsend Wendy C. | Telephone conference with Jill Kelso regarding IDI and SEC. | 0.10 | 41.50 |
| 07/20/16 | Lane Deanna L | Finalizing IDI binder and sending same to US Trustee, client and Ms. Townsend | 0.10 | 25.00 |
| 07/20/16 | Layden Andrew V. | Review / revise MORs for all debtors. | 0.10 | 32.50 |
| 07/20/16 | Townsend Wendy C. | Telephone conference with Ms. Kelso and review issues related to motion to appoint examiner and order. | 0.20 | 83.00 |
| 07/20/16 | Townsend Wendy C. | Continue to review MOR"S and documents to be furnished for IDI's. | 0.30 | 124.50 |
| 07/21/16 | Lane Deanna L | Work on securing additional documents requested by US Trustee for all nine entities | 0.90 | 225.00 |
| 07/21/16 | Townsend Wendy C. | Prepare correspondence to client regarding | 0.10 | 41.50 |

Baker&Hostetler LLP

Invoice Date:   09/29/16
Invoice Number:   50295279
Matter Number:   107058.000001
Page 5

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | cutting checks. | | |
| 07/22/16 | Lane Deanna L | Review, compilation redacting of June 2016 MOR and exhibits. | 0.40 | 100.00 |
| 07/22/16 | Lane Deanna L | Telephonically attending the IDI meeting | 0.20 | 50.00 |
| 07/22/16 | Layden Andrew V. | Prepare for and attend telephone conference with client and advisors regarding status and strategy moving forward. | 0.30 | 97.50 |
| 07/22/16 | Townsend Wendy C. | Review issues regarding additional information requested by Mr. Lynch. | 0.20 | 83.00 |
| 07/22/16 | Townsend Wendy C. | Attend IDI meeting. | 0.40 | 166.00 |
| 07/22/16 | Townsend Wendy C. | Prepare for IDI by reviewing documents and noting issues. | 0.20 | 83.00 |
| 07/25/16 | Layden Andrew V. | Prepare for 341 meeting; attend 341 meeting; and debrief with Mr. Fossum and Mr. Crapson. | 0.90 | 292.50 |
| 07/25/16 | Layden Andrew V. | Prepare for 341 meeting; attend 341 meeting; and debrief with Mr. Fossum and Mr. Crapson. | 0.10 | 32.50 |
| 07/29/16 | Lane Deanna L | Review of documents from client to answer US Trustee's additional document requests; adding same to folder for Ms. Townsend and Mr. Layden to review prior to sending to US Trustee | 0.60 | 150.00 |
| | **Total** | | **8.30** | **2,622.50** |

**Baker&Hostetler** LLP

*Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver*
*Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC*

# BakerHostetler

SMFG, Inc.
9633 Market Pl Ste 201
Lake Stevens, WA 98258-7944

| | |
|---|---|
| Invoice Date: | 10/31/16 |
| Invoice Number: | 50307876 |
| B&H File Number: | 07939/107058/000001 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

**Regarding:**      **Chapter 11 Bankruptcy Proceeding**

For professional services rendered from August 1, 2016 through August 31, 2016

**BALANCE FOR THIS INVOICE DUE BY 11/30/16**      $      **2,854.50**

# Remittance Copy

**Please include this page with payment**

### Invoice No:  50307876

### Firm Contact Information

Elie Sanchez
(407) 649-3923
efsanchez@bakerlaw.com

| Please Remit To:<br>**Baker & Hostetler LLP**<br>**P.O. Box 70189**<br>**Cleveland, OH  44190-0189** | FOR WIRE REMITTANCES:<br>**Baker & Hostetler LLP**<br>**KeyBank, N.A., Cleveland, OH**<br>**Account No: 1001516552 / ABA 041001039**<br><u>**SWIFT Code: KEYBUS33**</u> |
|---|---|
| **Reference Invoice No:**<br>**50307876** | **Email the "Remittance Copy" to**<br>**bakerlockbox@bakerlaw.com** |

# BakerHostetler

SMFG, Inc.
9633 Market Pl Ste 201
Lake Stevens, WA 98258-7944

| | |
|---|---|
| Invoice Date: | 10/31/16 |
| Invoice Number: | 50307876 |
| B&H File Number: | 07939/107058/000001 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 2 |

**Regarding:**          **Chapter 11 Bankruptcy Proceeding**

For professional services rendered from August 1, 2016 through August 31, 2016

**Fees**                                    $        2,854.50

**BALANCE FOR THIS INVOICE DUE BY 11/30/16**                        $        2,854.50

# Baker&Hostetler LLP

SMFG, Inc.

| | |
|---|---|
| Invoice Date: | 10/31/16 |
| Invoice Number: | 50307876 |
| Matter Number: | 107058.000001 |
| | Page 3 |

**Regarding:**        **Chapter 11 Bankruptcy Proceeding**

Matter Number:        107058.000001

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Green Elizabeth A. | 2.30 | $ 625.00 | $ 1,437.50 |
| Layden Andrew V. | 1.60 | 325.00 | 520.00 |
| Townsend Wendy C. | 1.80 | 415.00 | 747.00 |
| Lane Deanna L | 0.60 | 250.00 | 150.00 |
| **Total** | **6.30** | | **$ 2,854.50** |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 08/02/16 | Green Elizabeth A. | Review 341 transcript. | 0.20 | 125.00 |
| 08/03/16 | Lane Deanna L | Sending US Trustee additional documents requested at the IDI/341 meetings | 0.10 | 25.00 |
| 08/04/16 | Green Elizabeth A. | Prepare Ron Fossum for 341 meeting. | 0.30 | 187.50 |
| 08/04/16 | Layden Andrew V. | 341 preparation meeting with Mr. Fossum. | 0.40 | 130.00 |
| 08/04/16 | Layden Andrew V. | Prepare for preparation meeting with Mr. Fossum for 341 meeting. | 0.50 | 162.50 |
| 08/05/16 | Green Elizabeth A. | Attend 341 Meeting of Creditors. | 1.40 | 875.00 |
| 08/05/16 | Layden Andrew V. | Attend 341 meeting. | 0.50 | 162.50 |
| 08/05/16 | Layden Andrew V. | Pre-341 meeting with Mr. Fossum and Mr. Maloney. | 0.10 | 32.50 |
| 08/05/16 | Layden Andrew V. | Lunch meeting with Mr.Fossum re: 341 meeting testimony. | 0.10 | 32.50 |
| 08/05/16 | Townsend Wendy C. | Prepare for, attend and review issues regarding the continued 341 meeting. | 0.50 | 207.50 |
| 08/17/16 | Lane Deanna L | Compiling monthly operating reports and exhibits from client dropbox for Mr. Maloney's review | 0.20 | 50.00 |

**Baker&Hostetler** LLP

*Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver*
*Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC*

SMFG, Inc.

| | |
|---|---|
| Invoice Date: | 10/31/16 |
| Invoice Number: | 50307876 |
| Matter Number: | 107058.000001 |
| | Page 4 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/17/16 | Townsend Wendy C. | Prepare correspondence to client requesting additional information for 341 meeting. | 0.10 | 41.50 |
| 08/18/16 | Lane Deanna L | Recalculating cumulative columns on July Monthly Operating Report | 0.30 | 75.00 |
| 08/18/16 | Townsend Wendy C. | Receipt and review of correspondence from Mr. Maloney regarding MOR's and review issues regarding same. | 0.10 | 41.50 |
| 08/22/16 | Townsend Wendy C. | Review Monthly Operating Reports. | 0.10 | 41.50 |
| 08/24/16 | Green Elizabeth A. | Attend 341 Meeting of Creditors. | 0.40 | 250.00 |
| 08/24/16 | Townsend Wendy C. | Prepare for and attend 341 meeting. | 0.30 | 124.50 |
| 08/25/16 | Townsend Wendy C. | Review issues with Mr Layden and Ms. Green regarding lease for commercial office in order to determine agreed to terms for lease payments. | 0.30 | 124.50 |
| 08/25/16 | Townsend Wendy C. | Receipt and review of lease for commercial office in order to determine agreed to terms for lease payments. | 0.40 | 166.00 |
| | **Total** | | **6.30** | **2,854.50** |

# Baker&Hostetler LLP

**Atlanta** **Chicago** **Cincinnati** **Cleveland** **Columbus** **Costa Mesa** **Denver**
**Houston** **Los Angeles** **New York** **Orlando** **Philadelphia** **Seattle** **Washington, DC**

# BakerHostetler

SMFG, Inc.
9633 Market Pl Ste 201
Lake Stevens, WA 98258-7944

| | |
|---|---|
| Invoice Date: | 11/09/16 |
| Invoice Number: | 50309868 |
| B&H File Number: | 07939/107058/000001 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

---

**Regarding:**　　　　**Chapter 11 Bankruptcy Proceeding**

For professional services rendered through September 30, 2016

**BALANCE FOR THIS INVOICE DUE BY 12/09/16**　　　**$　　　1,350.50**

# Remittance Copy

**Please include this page with payment**

**Invoice No:  50309868**

**Firm Contact Information**

Elie Sanchez
(407) 649-3923
efsanchez@bakerlaw.com

---

| Please Remit To:<br>**Baker & Hostetler LLP**<br>**P.O. Box 70189**<br>**Cleveland, OH  44190-0189** | FOR WIRE REMITTANCES:<br>**Baker & Hostetler LLP**<br>**KeyBank, N.A., Cleveland, OH**<br>**Account No: 1001516552 / ABA 041001039**<br><u>**SWIFT Code: KEYBUS33**</u> |
|---|---|
| **Reference Invoice No:**<br>**50309868** | **Email the "Remittance Copy" to**<br>**bakerlockbox@bakerlaw.com** |

# BakerHostetler

SMFG, Inc.
9633 Market Pl Ste 201
Lake Stevens, WA 98258-7944

| | |
|---|---|
| Invoice Date: | 11/09/16 |
| Invoice Number: | 50309868 |
| B&H File Number: | 07939/107058/000001 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 2 |

---

**Regarding:**    **Chapter 11 Bankruptcy Proceeding**

For professional services rendered through September 30, 2016

|  |  |  |
|---|---|---|
| **Fees** | $ | 1,350.50 |
| **BALANCE FOR THIS INVOICE DUE BY 12/09/16** | $ | 1,350.50 |

# Baker & Hostetler LLP

SMFG, Inc.

| | |
|---|---|
| Invoice Date: | 11/09/16 |
| Invoice Number: | 50309868 |
| Matter Number: | 107058.000001 |
| | Page 3 |

**Regarding:** **Chapter 11 Bankruptcy Proceeding**

Matter Number:   107058.000001

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Jenson Karin Scholz | 1.50 | $ 670.00 | $ 1,005.00 |
| Layden Andrew V. | 0.20 | 325.00 | 65.00 |
| Lane Deanna L | 0.60 | 250.00 | 150.00 |
| Bekier James M. | 0.30 | 435.00 | 130.50 |
| **Total** | **2.60** | | **$ 1,350.50** |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/05/16 | Jenson Karin Scholz | Review email and draft clawback agreement from Securities & Exchange Commission and confer with Ms. Green regarding same. | 0.50 | 335.00 |
| 09/13/16 | Bekier James M. | Call with Ms. Green, Ms. Jenson and Mr. Emarcod of the SEC regarding document preservation and production. | 0.30 | 130.50 |
| 09/13/16 | Jenson Karin Scholz | Prepare for and confer with counsel for the Securities Exchange Commission on documents. | 0.60 | 402.00 |
| 09/14/16 | Layden Andrew V. | Review issues regarding rent obligations and draft email to clients regarding same. | 0.20 | 65.00 |
| 09/15/16 | Jenson Karin Scholz | Review documents received from the Securities Exchange Commission and provide feedback to Ms. Green regarding same. | 0.40 | 268.00 |
| 09/19/16 | Lane Deanna L | Initial review of monthly operating report; requesting bank statements and check registers from client | 0.20 | 50.00 |
| 09/20/16 | Lane Deanna L | Assembling, finalizing and redacting August 2016 monthly operating with all attachments; e-filing same | 0.40 | 100.00 |

Baker&Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

MFG, Inc.

| te | Name | Description | Hours | Amount |
|----|------|-------------|-------|--------|
|    | **Total** |        | **2.60** | **1,350.50** |

Baker&Hostetler LLP

**Atlanta     Chicago      Cincinnati    Cleveland    Columbus      Costa Mesa      Denver**
**Houston    Los Angeles   New York     Orlando     Philadelphia    Seattle    Washington, DC**

# BakerHostetler

SMFG, Inc.
9633 Market Pl Ste 201
Lake Stevens, WA 98258-7944

| | |
|---|---|
| Invoice Date: | 11/23/16 |
| Invoice Number: | 50317041 |
| B&H File Number: | 07939/107058/000001 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

---

**Regarding:**          **Chapter 11 Bankruptcy Proceeding**

For professional services rendered from October 1, 2016 through October 31, 2016

**BALANCE FOR THIS INVOICE DUE BY 12/23/16          $          1,625.00**

# Remittance Copy

**Please include this page with payment**

**Invoice No:  50317041**

**Firm Contact Information**

Elie Sanchez
(407) 649-3923
efsanchez@bakerlaw.com

| | |
|---|---|
| **Please Remit To:**<br>**Baker & Hostetler LLP**<br>**P.O. Box 70189**<br>**Cleveland, OH  44190-0189** | **FOR WIRE REMITTANCES:**<br>**Baker & Hostetler LLP**<br>**KeyBank, N.A., Cleveland, OH**<br>**Account No: 1001516552 / ABA 041001039**<br>**SWIFT Code: KEYBUS33** |
| **Reference Invoice No:**<br>**50317041** | **Email the "Remittance Copy" to**<br>**bakerlockbox@bakerlaw.com** |

# BakerHostetler

SMFG, Inc.
9633 Market Pl Ste 201
Lake Stevens, WA 98258-7944

| | |
|---|---|
| Invoice Date: | 11/23/16 |
| Invoice Number: | 50317041 |
| B&H File Number: | 07939/107058/000001 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 2 |

**Regarding:**        **Chapter 11 Bankruptcy Proceeding**

For professional services rendered from October 1, 2016 through October 31, 2016

**Fees**                                    $        1,625.00

**BALANCE FOR THIS INVOICE DUE BY 12/23/16**                    $        1,625.00

# Baker&Hostetler LLP

Atlanta        Chicago        Cincinnati        Cleveland        Columbus        Costa Mesa        Denver
Houston        Los Angeles        New York        Orlando        Philadelphia        Seattle        Washington, DC

SMFG, Inc.

Invoice Date:          11/23/16
Invoice Number:          50317041
Matter Number:     107058.000001
Page 3

**Regarding:**          **Chapter 11 Bankruptcy Proceeding**

Matter Number:          107058.000001

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Layden Andrew V. | 1.70 | $ 325.00 | $    552.50 |
| Townsend Wendy C. | 1.50 | 415.00 | 622.50 |
| Lane Deanna L | 1.80 | 250.00 | 450.00 |
| **Total** | **5.00** | | **$    1,625.00** |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|------:|-------:|
| 10/03/16 | Lane Deanna L | Review of office lease and supplement; drafted Motion (and proposed order) to Extend Time to Assume or Reject Non-Residential Lease of Real Property of office lease | 1.30 | 325.00 |
| 10/03/16 | Townsend Wendy C. | Receipt, review and respond to Motion to Assume or Reject Non Residential Lease and review issues regarding same. | 0.60 | 249.00 |
| 10/04/16 | Layden Andrew V. | Review issues regarding motion to extend deadline to assume/reject and draft motion for extension. | 1.40 | 455.00 |
| 10/06/16 | Townsend Wendy C. | Receipt, review and respond to correspondence to Mr. Maloney and Mr. Layden's comments and thoughts regarding moving of office space prior to completion of Examiner Report. | 0.30 | 124.50 |
| 10/06/16 | Townsend Wendy C. | Review issues related to Mr. Fossum's intention of moving office space and review correspondence from Mr. Fossum regarding same. | 0.30 | 124.50 |
| 10/19/16 | Lane Deanna L | Receipt of, assembling, reviewing, and redacting September 2016 monthly operating report | 0.50 | 125.00 |
| 10/19/16 | Townsend Wendy C. | Receive and review issues related to | 0.30 | 124.50 |

**Baker&Hostetler** LLP

*Atlanta      Chicago      Cincinnati      Cleveland      Columbus      Costa Mesa      Denver*
*Houston      Los Angeles      New York      Orlando      Philadelphia      Seattle      Washington, DC*

SMFG, Inc.

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | correspondence from counsel for Landlord Mr. Feinstein. | | |
| 10/21/16 | Layden Andrew V. | Review and respond to email from Landlord's counsel regarding post-petition rent. | 0.30 | 97.50 |
| | **Total** | | **5.00** | **1,625.00** |

Baker&Hostetler LLP

*Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver*
*Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC*

# BakerHostetler

SMFG, Inc.
9633 Market Pl Ste 201
Lake Stevens, WA 98258-7944

| | |
|---|---|
| Invoice Date: | 12/29/16 |
| Invoice Number: | 50332102 |
| B&H File Number: | 07939/107058/000001 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

---

**Regarding:**        **Chapter 11 Bankruptcy Proceeding**

For professional services rendered through November 30, 2016

**BALANCE FOR THIS INVOICE DUE BY 01/28/17**        $        **315.00**

# Remittance Copy

**Please include this page with payment**

**Invoice No:  50332102**

**Firm Contact Information**

Elie Sanchez
(407) 649-3923
efsanchez@bakerlaw.com

| Please Remit To: <br> **Baker & Hostetler LLP** <br> **P.O. Box 70189** <br> **Cleveland, OH  44190-0189** | **FOR WIRE REMITTANCES:** <br> **Baker & Hostetler LLP** <br> **KeyBank, N.A., Cleveland, OH** <br> **Account No: 1001516552 / ABA 041001039** <br> **SWIFT Code: KEYBUS33** |
|---|---|
| **Reference Invoice No:** <br> 50332102 | **Email the "Remittance Copy" to** <br> **bakerlockbox@bakerlaw.com** |

# BakerHostetler

SMFG, Inc.
9633 Market Pl Ste 201
Lake Stevens, WA 98258-7944

| | |
|---|---|
| Invoice Date: | 12/29/16 |
| Invoice Number: | 50332102 |
| B&H File Number: | 07939/107058/000001 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 2 |

**Regarding:**     **Chapter 11 Bankruptcy Proceeding**

For professional services rendered through November 30, 2016

**Fees**                                             $          315.00

**BALANCE FOR THIS INVOICE DUE BY 01/28/17**                 $          315.00

## Baker & Hostetler LLP

*Atlanta        Chicago        Cincinnati        Cleveland        Columbus        Costa Mesa        Denver*
*Houston        Los Angeles        New York        Orlando        Philadelphia        Seattle        Washington, DC*

SMFG, Inc.

| | |
|---|---|
| Invoice Date: | 12/29/16 |
| Invoice Number: | 50332102 |
| Matter Number: | 107058.000001 |
| | Page 3 |

**Regarding:**   **Chapter 11 Bankruptcy Proceeding**

**Matter Number:**   107058.000001

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Lane Deanna L | 0.50 | $ 250.00 | $    125.00 |
| Bhagat Ashish K. | 1.00 | 190.00 | 190.00 |
| **Total** | **1.50** | | **$    315.00** |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|------:|-------:|
| 11/11/16 | Lane Deanna L | Receipt of, assembling, reviewing, redacting and e-filing October 2016 monthly operating report | 0.50 | 125.00 |
| 11/29/16 | Bhagat Ashish K. | Analysis of gaps in email collection. | 1.00 | 190.00 |
| | **Total** | | **1.50** | **315.00** |

# Baker&Hostetler LLP

| | | | | | | |
|---|---|---|---|---|---|---|
| *Atlanta* | *Chicago* | *Cincinnati* | *Cleveland* | *Columbus* | *Costa Mesa* | *Denver* |
| *Houston* | *Los Angeles* | *New York* | *Orlando* | *Philadelphia* | *Seattle* | *Washington, DC* |

# BakerHostetler

SMFG, Inc.
9633 Market Pl Ste 201
Lake Stevens, WA 98258-7944

| | |
|---|---|
| Invoice Date: | 01/09/17 |
| Invoice Number: | 50333023 |
| B&H File Number: | 07939/107058/000001 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

---

**Regarding:**        **Chapter 11 Bankruptcy Proceeding**

For professional services rendered through December 31, 2016

**BALANCE FOR THIS INVOICE DUE BY 02/08/17**        $        122.00

# Remittance Copy

**Please include this page with payment**

**Invoice No:  50333023**

## Firm Contact Information

Elie Sanchez
(407) 649-3923
efsanchez@bakerlaw.com

| Please Remit To:<br>**Baker & Hostetler LLP**<br>**P.O. Box 70189**<br>**Cleveland, OH  44190-0189** | **FOR WIRE REMITTANCES:**<br>**Baker & Hostetler LLP**<br>**KeyBank, N.A., Cleveland, OH**<br>**Account No: 1001516552 / ABA 041001039**<br>**SWIFT Code: KEYBUS33** |
|---|---|
| **Reference Invoice No:**<br>**50333023** | **Email the "Remittance Copy" to**<br>**bakerlockbox@bakerlaw.com** |

# BakerHostetler

SMFG, Inc.
9633 Market Pl Ste 201
Lake Stevens, WA 98258-7944

| | |
|---|---:|
| Invoice Date: | 01/09/17 |
| Invoice Number: | 50333023 |
| B&H File Number: | 07939/107058/000001 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 2 |

**Regarding:**        **Chapter 11 Bankruptcy Proceeding**

For professional services rendered through December 31, 2016

| | | |
|---|---|---:|
| **Fees** | $ | **122.00** |
| **BALANCE FOR THIS INVOICE DUE BY 02/08/17** | $ | **122.00** |

# Baker&Hostetler LLP

**Regarding:**        **Chapter 11 Bankruptcy Proceeding**

Matter Number:       107058.000001

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Bergstresser Laurie L | 0.20 | $ 235.00 | $ 47.00 |
| Lane Deanna L | 0.30 | 250.00 | 75.00 |
| **Total** | **0.50** | | **$ 122.00** |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|------:|-------:|
| 12/08/16 | Lane Deanna L | Receipt of, assembling, reviewing, redacting and e-filing November 2016 monthly operating report | 0.30 | 75.00 |
| 12/21/16 | Bergstresser Laurie L | Revise Unanimous Written Action of the Board of Directors and Shareholders of SMFG, Inc. | 0.20 | 47.00 |
| | **Total** | | **0.50** | **122.00** |

# Baker&Hostetler LLP

*Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver*
*Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC*

# BakerHostetler

SMFG, Inc.
9633 Market Pl Ste 201
Lake Stevens, WA 98258-7944

| | |
|---|---|
| Invoice Date: | 08/26/16 |
| Invoice Number: | 50281925 |
| B&H File Number: | 07939/107058/000002 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

---

**Regarding:**        **Schedules**

For professional services rendered through June 30, 2016

**BALANCE FOR THIS INVOICE DUE BY 09/25/16**        $        **582.50**

# Remittance Copy

**Please include this page with payment**

**Invoice No:  50281925**

## Firm Contact Information

Elie Sanchez
(407) 649-3923
efsanchez@bakerlaw.com

| Please Remit To:<br>**Baker & Hostetler LLP**<br>**P.O. Box 70189**<br>**Cleveland, OH  44190-0189** | FOR WIRE REMITTANCES:<br>**Baker & Hostetler LLP**<br>**KeyBank, N.A., Cleveland, OH**<br>**Account No: 1001516552 / ABA 041001039**<br>**SWIFT Code: KEYBUS33** |
|---|---|
| **Reference Invoice No:**<br>**50281925** | **Email the "Remittance Copy" to**<br>**bakerlockbox@bakerlaw.com** |

# BakerHostetler

SMFG, Inc.
9633 Market Pl Ste 201
Lake Stevens, WA 98258-7944

Invoice Date:          08/26/16
Invoice Number:          50281925
B&H File Number:  07939/107058/000002
Taxpayer ID Number:          34-0082025
Page 2

**Regarding:**          **Schedules**

For professional services rendered through June 30, 2016

**Fees**                                                        $          582.50

**BALANCE FOR THIS INVOICE DUE BY 09/25/16**                          $          582.50

# Baker&Hostetler LLP

Atlanta      Chicago      Cincinnati      Cleveland      Columbus      Costa Mesa      Denver
Houston      Los Angeles      New York      Orlando      Philadelphia      Seattle      Washington, DC

SMFG, Inc.

| | |
|---|---|
| Invoice Date: | 08/26/16 |
| Invoice Number: | 50281925 |
| Matter Number: | 107058.000002 |
| | Page 3 |

**Regarding:**        **Schedules**

Matter Number:        107058.000002

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Townsend Wendy C. | 0.50 | $ 415.00 | $ 207.50 |
| Lane Deanna L | 1.50 | 250.00 | 375.00 |
| **Total** | **2.00** | | **$ 582.50** |

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 06/21/16 | Lane Deanna L | Receipt of additional SMFG, Inc. schedule and SOFA information; review and entering same into Best Case | 1.20 |
| 06/21/16 | Townsend Wendy C. | Receipt and review of information from client regarding investors on top 20 list. | 0.10 |
| 06/28/16 | Townsend Wendy C. | Review issues related to SOFA and schedules. | 0.40 |
| 06/29/16 | Lane Deanna L | Review of revised information from client in order to revise schedules and SOFA | 0.30 |
| | **Total** | | **2.00** |

**Baker&Hostetler** LLP

*Atlanta        Chicago        Cincinnati        Cleveland        Columbus        Costa Mesa        Denver*
*Houston        Los Angeles        New York        Orlando        Philadelphia        Seattle        Washington, DC*

# BakerHostetler

| | |
|---|---|
| SMFG, Inc.<br>9633 Market Pl Ste 201<br>Lake Stevens, WA 98258-7944 | Invoice Date:                          09/29/16<br>Invoice Number:                    50295277<br>B&H File Number:  07939/107058/000002<br>Taxpayer ID Number:            34-0082025<br>Page 1 |

**Regarding:**          **Schedules**

For professional services rendered from July 1, 2016 through July 31, 2016

**BALANCE FOR THIS INVOICE DUE BY 10/29/16**          $          **2,075.00**

## Remittance Copy

Please include this page with payment

**Invoice No:  50295277**

**Firm Contact Information**

Elie Sanchez
(407) 649-3923
efsanchez@bakerlaw.com

| Please Remit To:<br>**Baker & Hostetler LLP**<br>**P.O. Box 70189**<br>**Cleveland, OH  44190-0189** | FOR WIRE REMITTANCES:<br>**Baker & Hostetler LLP**<br>**KeyBank, N.A., Cleveland, OH**<br>**Account No: 1001516552 / ABA 041001039**<br>**SWIFT Code: KEYBUS33** |
|---|---|
| **Reference Invoice No:**<br>**50295277** | **Email the "Remittance Copy" to**<br>**bakerlockbox@bakerlaw.com** |

# BakerHostetler

SMFG, Inc.
9633 Market Pl Ste 201
Lake Stevens, WA 98258-7944

| | |
|---|---|
| Invoice Date: | 09/29/16 |
| Invoice Number: | 50295277 |
| B&H File Number: | 07939/107058/000002 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 2 |

---

**Regarding:**　　　　**Schedules**

For professional services rendered from July 1, 2016 through July 31, 2016

**Fees**                                $      2,075.00

**BALANCE FOR THIS INVOICE DUE BY 10/29/16**                        $      2,075.00

# Baker&Hostetler LLP

*Atlanta     Chicago     Cincinnati     Cleveland     Columbus     Costa Mesa     Denver*
*Houston     Los Angeles     New York     Orlando     Philadelphia     Seattle     Washington, DC*

| | |
|---|---|
| Invoice Date: | 09/29/16 |
| Invoice Number: | 50295277 |
| Matter Number: | 107058.000002 |
| | Page 3 |

**Regarding:**      **Schedules**

Matter Number:     107058.000002

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Layden Andrew V. | 0.30 | $   325.00 | $      97.50 |
| Townsend Wendy C. | 3.50 | 415.00 | 1,452.50 |
| Lane Deanna L | 2.10 | 250.00 | 525.00 |
| **Total** | **5.90** | | **$    2,075.00** |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 07/05/16 | Townsend Wendy C. | Review issues related to entity ownership with client for preparation of schedules and possible revision of Petitions. | 0.20 | 83.00 |
| 07/11/16 | Lane Deanna L | Reviewing and editing schedules and statement of financial affairs after initial review by Ms. Townsend. | 1.10 | 275.00 |
| 07/11/16 | Layden Andrew V. | Review issues regarding finalizing schedules for entities, and telephone conference with Jared Crapson regarding same. | 0.30 | 97.50 |
| 07/11/16 | Townsend Wendy C. | Continue addressing issues related to preparation of schedules and prepare questions for client in preparation of | 1.70 | 705.50 |
| 07/12/16 | Lane Deanna L | Final editing and e-filing schedules and statement of financial affairs after final review by Ms. Townsend and client. | 1.00 | 250.00 |
| 07/12/16 | Townsend Wendy C. | Telephone conference with client regarding preparation of schedule. | 0.80 | 332.00 |
| 07/12/16 | Townsend Wendy C. | Continue reviewing revising and preparing schedule for filing and confirm changes with client. | 0.80 | 332.00 |
| | **Total** | | **5.90** | **2,075.00** |

**Baker&Hostetler LLP**

*Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver*
*Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC*

# BakerHostetler

SMFG, Inc.
9633 Market Pl Ste 201
Lake Stevens, WA 98258-7944

| | |
|---|---|
| Invoice Date: | 10/31/16 |
| Invoice Number: | 50307875 |
| B&H File Number: | 07939/107058/000002 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

---

**Regarding:**          **Schedules**

For professional services rendered from August 1, 2016 through August 31, 2016

**BALANCE FOR THIS INVOICE DUE BY 11/30/16**          $          **191.50**

# Remittance Copy

**Please include this page with payment**

**Invoice No:  50307875**

**Firm Contact Information**

Elie Sanchez
(407) 649-3923
efsanchez@bakerlaw.com

| Please Remit To:<br>**Baker & Hostetler LLP**<br>**P.O. Box 70189**<br>**Cleveland, OH  44190-0189** | **FOR WIRE REMITTANCES:**<br>**Baker & Hostetler LLP**<br>**KeyBank, N.A., Cleveland, OH**<br>**Account No: 1001516552 / ABA 041001039**<br>**SWIFT Code: KEYBUS33** |
|---|---|
| **Reference Invoice No:**<br>**50307875** | **Email the "Remittance Copy" to**<br>**bakerlockbox@bakerlaw.com** |

# BakerHostetler

SMFG, Inc.
9633 Market Pl Ste 201
Lake Stevens, WA 98258-7944

Invoice Date:              10/31/16
Invoice Number:            50307875
B&H File Number:  07939/107058/000002
Taxpayer ID Number:        34-0082025
                              Page 2

**Regarding:**          **Schedules**

For professional services rendered from August 1, 2016 through August 31, 2016

      **Fees**                                    $          191.50

  **BALANCE FOR THIS INVOICE DUE BY 11/30/16**                     $          191.50

# Baker&Hostetler LLP

*Atlanta      Chicago      Cincinnati      Cleveland      Columbus      Costa Mesa      Denver*
*Houston      Los Angeles      New York      Orlando      Philadelphia      Seattle      Washington, DC*

Invoice Date:                  10/31/16
Invoice Number:             50307875
Matter Number:        107058.000002
                                    Page 3

**Regarding:**      Schedules

**Matter Number:**      107058.000002

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Townsend Wendy C. | 0.10 | $ 415.00 | $ 41.50 |
| Lane Deanna L | 0.60 | 250.00 | 150.00 |
| **Total** | **0.70** | **$** | **191.50** |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|------:|-------:|
| 08/17/16 | Lane Deanna L | Preparing and filing Amended Statement of Financial Affairs to reflect change in attorney retainer and pre-petition fee information | 0.30 | 75.00 |
| 08/17/16 | Townsend Wendy C. | Meeting with Ms. Lane regarding the amendment of SOFA's and filing of the same. | 0.10 | 41.50 |
| 08/26/16 | Lane Deanna L | Prepared, filed and served a Change of Address Notice for SMFG creditor CDW Direct | 0.30 | 75.00 |
| | **Total** | | **0.70** | **191.50** |

**Baker & Hostetler LLP**

# BakerHostetler

SMFG, Inc.
9633 Market Pl Ste 201
Lake Stevens, WA 98258-7944

| | |
|---|---|
| Invoice Date: | 09/29/16 |
| Invoice Number: | 50295278 |
| B&H File Number: | 07939/107058/000004 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

**Regarding:**        **Professionals**

For professional services rendered from July 1, 2016 through July 31, 2016

**BALANCE FOR THIS INVOICE DUE BY 10/29/16**        $        **871.50**

# Remittance Copy

Please include this page with payment

### Invoice No:  50295278

### Firm Contact Information

Elie Sanchez
(407) 649-3923
efsanchez@bakerlaw.com

| | |
|---|---|
| **Please Remit To:** | **FOR WIRE REMITTANCES:** |
| **Baker & Hostetler LLP** | **Baker & Hostetler LLP** |
| **P.O. Box 70189** | **KeyBank, N.A., Cleveland, OH** |
| **Cleveland, OH  44190-0189** | **Account No: 1001516552 / ABA 041001039** |
| | **SWIFT Code: KEYBUS33** |
| **Reference Invoice No:** | **Email the "Remittance Copy" to** |
| **50295278** | **bakerlockbox@bakerlaw.com** |

# BakerHostetler

SMFG, Inc.
9633 Market Pl Ste 201
Lake Stevens, WA 98258-7944

| | |
|---|---|
| Invoice Date: | 09/29/16 |
| Invoice Number: | 50295278 |
| B&H File Number: | 07939/107058/000004 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 2 |

**Regarding:**        **Professionals**

For professional services rendered from July 1, 2016 through July 31, 2016

| | | |
|---|---|---|
| **Fees** | $ | **871.50** |
| **BALANCE FOR THIS INVOICE DUE BY 10/29/16** | $ | **871.50** |

# Baker&Hostetler LLP

| | |
|---|---|
| Invoice Date: | 09/29/16 |
| Invoice Number: | 50295278 |
| Matter Number: | 107058.000004 |
| | Page 3 |

**Regarding:**　　　**Professionals**

Matter Number:　　　107058.000004

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Townsend Wendy C. | 2.10 | $ 415.00 | $ 871.50 |
| **Total** | **2.10** | | **$ 871.50** |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 07/05/16 | Townsend Wendy C. | Continue to finalize and resolve issues for conflict check in preparation of preparing Application to Employ 2014 and 2016. | 0.20 | 83.00 |
| 07/05/16 | Townsend Wendy C. | Prepare Application to Employ, Verified Statement and Disclosure of Compensation. | 0.20 | 83.00 |
| 07/14/16 | Townsend Wendy C. | Prepare for hearing on application of Bill Maloney. | 0.20 | 83.00 |
| 07/14/16 | Townsend Wendy C. | Attend hearing on Application to Employ Bill Maloney and prepare order approving same. | 0.20 | 83.00 |
| 07/18/16 | Townsend Wendy C. | Per Mr. Hammer's request, review and revise successor trustee letter furnished by Moss Adams and negotiate changes with Scott Kallander. | 0.20 | 83.00 |
| 07/18/16 | Townsend Wendy C. | Prepare application to employ Mr. Hammer as Accountant Nunc Pro Tunc . | 0.30 | 124.50 |
| 07/18/16 | Townsend Wendy C. | Receipt and review correspondence from Mr. Hammer. | 0.20 | 83.00 |
| 07/20/16 | Townsend Wendy C. | Telephone conference with Mr. Maloney regarding status of cases, his responsibilities moving forward and review of MOR's. | 0.20 | 83.00 |
| 07/22/16 | Townsend Wendy C. | Attend telephone conference with Mr. Pino, | 0.40 | 166.00 |

**Baker & Hostetler** LLP

Invoice Date:　　09/29/16
Invoice Number:　　50295278
Matter Number:　　107058.000004
Page 4

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
|  |  | Maloney Green, Layden and client. |  |  |
|  | **Total** |  | **2.10** | **871.50** |

# Baker & Hostetler LLP

Atlanta　　Chicago　　Cincinnati　　Cleveland　　Columbus　　Costa Mesa　　Denver
Houston　　Los Angeles　　New York　　Orlando　　Philadelphia　　Seattle　　Washington, DC

# BakerHostetler

SMFG, Inc.
9633 Market Pl Ste 201
Lake Stevens, WA 98258-7944

| | |
|---|---|
| Invoice Date: | 10/31/16 |
| Invoice Number: | 50307874 |
| B&H File Number: | 07939/107058/000004 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

**Regarding:**     **Professionals**

For professional services rendered from August 1, 2016 through August 31, 2016

**BALANCE FOR THIS INVOICE DUE BY 11/30/16**      $      **290.50**

# Remittance Copy

**Please include this page with payment**

**Invoice No:  50307874**

### Firm Contact Information

Elie Sanchez
(407) 649-3923
efsanchez@bakerlaw.com

| Please Remit To:<br>**Baker & Hostetler LLP**<br>**P.O. Box 70189**<br>**Cleveland, OH  44190-0189** | FOR WIRE REMITTANCES:<br>**Baker & Hostetler LLP**<br>**KeyBank, N.A., Cleveland, OH**<br>**Account No: 1001516552 / ABA 041001039**<br>**SWIFT Code: KEYBUS33** |
|---|---|
| **Reference Invoice No:**<br>**50307874** | **Email the "Remittance Copy" to**<br>**bakerlockbox@bakerlaw.com** |

# BakerHostetler

SMFG, Inc.
9633 Market Pl Ste 201
Lake Stevens, WA 98258-7944

| | |
|---|---|
| Invoice Date: | 10/31/16 |
| Invoice Number: | 50307874 |
| B&H File Number: | 07939/107058/000004 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 2 |

**Regarding:**          **Professionals**

For professional services rendered from August 1, 2016 through August 31, 2016

**Fees**                                    $          290.50

**BALANCE FOR THIS INVOICE DUE BY 11/30/16**                          $          290.50

# Baker&Hostetler LLP

*Atlanta     Chicago     Cincinnati     Cleveland     Columbus     Costa Mesa     Denver*
*Houston     Los Angeles     New York     Orlando     Philadelphia     Seattle     Washington, DC*

**Regarding:**   **Professionals**

Matter Number:     107058.000004

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Townsend Wendy C. | 0.70 | $ 415.00 | $    290.50 |
| **Total** | **0.70** |  | **$    290.50** |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|------:|-------:|
| 08/08/16 | Townsend Wendy C. | Conduct legal research regarding representation of multiple debtors by one law firm when intercompany loans exist and review and analyze the same. | 0.20 | 83.00 |
| 08/08/16 | Townsend Wendy C. | Per Ms. Green's request, and in anticipation of preparing amended application to employ B&H review Objection to Employment filed by US Trustee Kelso. | 0.10 | 41.50 |
| 08/09/16 | Townsend Wendy C. | In anticipation of preparing application to employ Pino as special counsel, prepare correspondence to Mr. Pino requesting specific information, including outstanding prepetition balances and potential conflicts and review the same furnished by Mr. Pino. | 0.10 | 41.50 |
| 08/09/16 | Townsend Wendy C. | Begin preparing Amended Application to Employ B&H, revised 2014 Statement and Revised 2016 Disclosure. | 0.20 | 83.00 |
| 08/10/16 | Townsend Wendy C. | Begin drafting application to employ Mr. Pino and the Pino Nicholson Firm as SEC counsel. | 0.10 | 41.50 |
|  | **Total** |  | **0.70** | **290.50** |

# Baker&Hostetler LLP

Atlanta        Chicago        Cincinnati        Cleveland        Columbus        Costa Mesa        Denver
Houston        Los Angeles        New York        Orlando        Philadelphia        Seattle        Washington, DC

# BakerHostetler

| | |
|---|---|
| SMFG, Inc. | Invoice Date: 08/26/16 |
| 9633 Market Pl Ste 201 | Invoice Number: 50281926 |
| Lake Stevens, WA 98258-7944 | B&H File Number: 07939/107058/000013 |
| | Taxpayer ID Number: 34-0082025 |
| | Page 1 |

**Regarding:**     **Case Administration**

For professional services rendered through June 30, 2016

**BALANCE FOR THIS INVOICE DUE BY 09/25/16**      **$      100.00**

# Remittance Copy

### Please include this page with payment

## Invoice No:  50281926

### Firm Contact Information

Elie Sanchez
(407) 649-3923
efsanchez@bakerlaw.com

| | |
|---|---|
| **Please Remit To:** | **FOR WIRE REMITTANCES:** |
| **Baker & Hostetler LLP** | **Baker & Hostetler LLP** |
| **P.O. Box 70189** | **KeyBank, N.A., Cleveland, OH** |
| **Cleveland, OH  44190-0189** | **Account No: 1001516552 / ABA 041001039** |
| | **SWIFT Code: KEYBUS33** |
| **Reference Invoice No:** | **Email the "Remittance Copy" to** |
| **50281926** | **bakerlockbox@bakerlaw.com** |

# BakerHostetler

SMFG, Inc.
9633 Market Pl Ste 201
Lake Stevens, WA 98258-7944

Invoice Date:              08/26/16
Invoice Number:           50281926
B&H File Number:  07939/107058/000013
Taxpayer ID Number:      34-0082025
Page 2

**Regarding:**          **Case Administration**

For professional services rendered through June 30, 2016

**Fees**                                          $          100.00

**BALANCE FOR THIS INVOICE DUE BY 09/25/16**                          $          100.00

## Baker & Hostetler LLP

Atlanta      Chicago      Cincinnati      Cleveland      Columbus      Costa Mesa      Denver
Houston      Los Angeles      New York      Orlando      Philadelphia      Seattle      Washington, DC

**Regarding:**        **Case Administration**

Matter Number:        107058.000013

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Lane Deanna L | 0.40 | $ 250.00 | $ 100.00 |
| **Total** | **0.40** | | **$ 100.00** |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/09/16 | Lane Deanna L | Drafting extensive descriptive email to clients regarding Chapter 11 U.S. Trustee Guidelines and items needed for the IDI meeting | 0.10 | 25.00 |
| 06/28/16 | Lane Deanna L | Conversation with Case Manager regarding combined all-creditor matrix; review and de-duplication of creditor matrix; review of POC registers for inclusion on the combined all-creditor matrix; review and correction of addresses of creditors; preparing a Notice of Filing of Combined All-Creditor Mailing Matrix | 0.20 | 50.00 |
| 06/29/16 | Lane Deanna L | Preparing a combined local rule list per Order Granting Motion for Joint Administration | 0.10 | 25.00 |
| | **Total** | | **0.40** | **100.00** |

# Baker&Hostetler LLP

*Atlanta*    *Chicago*    *Cincinnati*    *Cleveland*    *Columbus*    *Costa Mesa*    *Denver*
*Houston*    *Los Angeles*    *New York*    *Orlando*    *Philadelphia*    *Seattle*    *Washington, DC*