UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                          Chapter 11

**Pelican Real Estate, LLC**, *et al.*          Case No.: 6:16-bk-03817-CCJ

         Debtors.                               Jointly Administered with:
                                                Case No.: 6:16-bk-03820;
                                                Case No.: 6:16-bk-03822:
                                                Case No.: 6:16-bk-03823;
                                                Case No.: 6:16-bk-03825;
                                                Case No.: 6:16-bk-03827;
                                                Case No.: 6:16-bk-03828;
                                                Case No.: 6:16-bk-03829; and
                                                Case No.: 6:16-bk-03830

_____/

## LIQUIDATING TRUSTEE'S MOTION TO COMPROMISE CONTROVERSY WITH ENERGY CAPITAL WILCOX, J.V.

---

### NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at George C. Young Federal Courthouse, 400 W. Washington Street, Orlando, FL 32801, and serve a copy on the movant's attorney Broad and Cassel LLP, Attn: Michael D. Lessne, 100 S.E. 3rd Avenue, Suite 2700, Fort Lauderdale, FL 33394, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant and deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

Maria M. Yip, Liquidating Trustee of the Smart Money Liquidating Trust (the "**Liquidating Trustee**"), pursuant to Bankruptcy Rule 9019, Local Rule 2002-4 and the *United States Bankruptcy Court, Middle District of Florida Use of Negative Notice* list (effective as of March 1, 2017), and Section 4.01(v) of the Liquidating Trust Agreement (ECF No. 449), moves the Court for approval of the compromise of the Liquidating Trustee's disputes with Energy Capital Wilcox, J.V. ("**ECW**"), and states:

<u>**Brief Background**</u>

1.      On June 8, 2016 (the "**Petition Date**"), the Debtors[1] filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code. The Debtors are jointly administered (ECF No. 25), and on December 28, 2016, were substantively consolidated *nunc pro tunc* to the petition date (ECF No. 303).  On February 15, 2017, the Court entered an order (the "**Confirmation Order**") (ECF No. 414) confirming the Debtors' plan of liquidation, the terms of which are reflected in the Second Amended Plan of Liquidation (ECF No. 400) (the "**Plan**"). On March 21, 2017, in accordance with paragraph 19 of the Confirmation Order, each of the Debtors' cases were closed, except for the lead case *Pelican Real Estate LLC*, Case No. 6:16-bk-03817-CCJ, which remains open.

2.      On the effective date of March 2, 2017 (ECF No. 428), the Smart Money Liquidating Trust (the "**Liquidating Trust**") came into existence, and the Liquidating Trust

---

[1] The Debtors (with the last four digits of their taxpayer identification numbers) are: (i) Pelican Real Estate, LLC (6190); (ii) Pelican Portfolios, LLC (2896); (iii) Pelican Management, LLC (3093); (iv) Smart Money Secured Income Fund, LLC (0664); (v) Smart Money Secured Income Fund Manager, LLC (2762); (vi) Turnkey Investment Fund, LLC (9311); (vii) Turnkey Investment Fund Manager, LLC (1580); (viii) Accelerated Asset Group, LLC (6166); and (ix) SMFG, Inc. (9753).

Assets[2] transferred to the Liquidating Trust.  *See* Plan, Pars. 1.40-1.42 and 6.3.  The Liquidating Trust is governed by the Liquidating Trust Agreement (ECF No. 449) and Maria M. Yip is the Liquidating Trustee.  *Id.*

3.      The Liquidating Trust Agreement provides that the Liquidating Trustee shall have the power to, among other things, (a) liquidate the Liquidating Trust Assets, (b) take actions reasonably necessary or appropriate to effectuate and implement the terms of the Plan, (c) protect and enforce the rights to the Liquidating Trust Assets, (d) compromise and settle claims in favor of and against the Liquidating Trust, and (e) exercise all powers vested in Debtors pursuant to the Bankruptcy Code as may be necessary to carry out the provisions of the Plan.  *See* Liquidating Trust Agreement, Sec. 4.01(i), (iii), (v), (vi), and (xii).

### Debtors' Investments in ECW

4.      The Debtors' investments in oil and gas are described in paragraphs 144 through 167 of the Examiner's Report (ECF No. 262).

5.      The Debtors Smart Money Secured Income Fund, LLC ("**SIF**") and Turnkey Investment Fund, LLC ("**TIF**") together invested more than $2.4 million to acquire 40 Joint Venture Participation Units (a 42.471% interest) in ECW (the "**JV Interests**").[3]

6.      ECW owns oil and gas wells in Bee County, Texas.

7.      Energy Capital Fund, LLC, a Texas limited liability company, is the Managing Venturer under the Joint Venture Agreement for ECW (the "**JV Agreement**").

---

[2] Defined in Paragraph 1.39 of the Plan as "all Property of the Estate, less the Smart Money Insurance Assets."  The Smart Money Insurance Assets consist of certain furniture, fixtures, and equipment which are not relevant for purposes of this motion.  *See* Plan, Par. 1.65.

[3] As described in the Examiner's Report, the Debtor TIF set up its own joint venture called "Turnkey WBCT #3 JV" in an apparent effort to sell the expected cash flows from ECW to TIF's own joint venturers.

8.      On May 20, 2016, a few weeks before the Petition Date, ECW issued a capital call to the joint venturers of ECW, requesting a total of $209,593.95 from the Debtors. ECW has asserted (a) that the capital call was the result of the collapse in oil prices experienced two weeks after commencing operations, (b) that all joint venturers of ECW other than the Debtors paid their share of the capital call, and (c) that the Debtors' failure to pay the capital call has prevented ECW from completing the improvements necessary to make full use of the lease interests as originally contemplated so that production has not yet reached intended levels. *See* ECF No. 629, Pars. 1-3.

9.      ECW has informed the Liquidating Trustee that it believes that once it resolves its disputes with the Liquidating Trustee, brings on a new joint venturer to acquire the Debtors' interests and pay the capital call, and raises additional funds that it will be able to complete its improvements and projects increased production levels and profitability to its joint venturer investors.

## Dispute with ECW and Settlement

10.      The Liquidating Trustee asserts claims arising out of the transactions and dealings between ECW and SIF and TIF, including, but not limited to, various tort claims.

11.      ECW and related parties Energy Capital Fund, LLC, SRS Properties, LLC, Daniel Smith (the "**ECW Parties**") dispute the Liquidating Trustee's claims and asserts its own claim based on the unmet capital contribution.

12.      On January 17, 2018, the Liquidating Trustee's special counsel Douglas Daniels of Daniels & Tredennick, LLP took a Rule 2004 Examination of ECW and of related company SRS Properties, LLC. *See* ECF No. 687 and 688.

13.     Following settlement discussions taking place after the examinations, the Liquidating Trustee and ECW have agreed to resolve their disputes in the Settlement Agreement (the "Agreement") set forth in **Exhibit A**, which principally[4] provides that:

a.      ECW will pay the sum of $12,500 to the Liquidating Trustee in satisfaction of all claims the Liquidating Trust and the Debtors may have against the ECW Parties upon the date that an order of the Bankruptcy Court approving the Liquidating Trustee's sale of the JV Interests becomes final and non-appealable (the "**Effective Date**").

b.      On the Effective Date, the Liquidating Trustee will release the ECW Parties and the ECW Parties will release the Liquidating Trustee.

c.      The ECW Parties will cooperate in the utmost good faith with the sale of the JV Interests by the Liquidating Trustee.

d.      ECW will extend the deadline for the Liquidating Trustee to assume or reject the JV Agreement until the later of the sale of the JV Interests or 120 days from the date of an order approving sale procedures for the sale of the JV Interests.

e.      The Liquidating Trustee will file a motion to sell the JV Interests by March 21, 2018.

f.      On the Effective Date, all agreements between the Liquidating Trustee and ECW shall be terminated and there shall be no further obligations except as provided in the Settlement Agreement.

## Legal Analysis

14.     "[A]pproval of a settlement in a bankruptcy proceeding is within the sound

---

[4] To the extent that there is any conflict or inconsistency between this Motion and the terms of the Agreement, the terms of the Agreement shall control.

discretion of the court...." *In re Arrow Air, Inc.*, 85 B.R. 886, 891 (Bankr. S.D. Fla. 1988), citing *Rivercity v. Herpel (In re Jackson Brewing Co.)*, 624 F. 2d 599, 602-03 (5th Cir. 1980), *Anaconda-Ericsson, Inc. v Hessen (In re Teltronics Services Inc.)*, 762 F.2d 185, 189 (2d Cir. 1985), and *In re Prudence Co.*, 98 F.2d 559 (2d Cir. 1938), *cert. denied sub nom. Stein v. McGrath*, 306 U.S. 636 (1939).

15.    In assessing whether a proposed settlement should be approved pursuant to Bankruptcy Rule 9019, the court should consider (a) the probability of success in litigation; (b) the difficulties, if any, to be encountered in the matter of collection; (c) the complexity of the litigation involved and the expense, inconvenience and delay necessarily attending it; and (d) the paramount interest of the creditors and a proper deference to their reasonable views in the premises. *Wallis v. Justice Oaks II, Ltd. (In re Justice Oaks II, Ltd.),* 898 F. 2d 1544, 1549 (11th Cir. 1990), *cert. denied*, 498 U.S. 959 (1990).

16.    In analyzing the proposed settlement agreement, the applicable test is whether the proposed settlement falls below "the lowest point in the range of reasonableness." *Martin v. Pahiakos (In re Martin),* 490 F. 3d 1272, 1275-76 (11th Cir. 2007); *Anaconda Ericsson, Inc. v. Hessen (In re Teltronics Services Inc.)*, 762 F.2d 185, 189 (2d Cir. 1985); *Newman v. Stein,* 464 F. 2d 689, 693 (2d Cir.), *cert. denied*, 409 U.S. 1039 (1972); *Cosoff v. Rodman (In re W.T. Grant Co.)*, 699 F.2d 599, 608 (2nd Cir.), *cert. denied*, 464 U.S. 822 (1983).

17.    The Liquidating Trustee presents the following in support of this motion, for the court's consideration in its evaluating the proposed settlement:

<u>Probability of Success</u>: The Liquidating Trustee's counsel believes that the claims against ECW will be difficult to prosecute as they are fact-intensive and the damages are unclear.  In addition, the expense and the difficulty of litigating the claims, and concerns

regarding collectability and the ability to sell the JV Interests weigh heavily in favor of the settlement.

<u>Complexity and Likely Duration and Expenses</u>:  This dispute is complex and could require the depositions of numerous individuals, as well as potentially requiring experts. Litigation of the dispute could take many months and could become very costly to the estate.

<u>Other Factors:</u>  The Liquidating Trustee believes that this settlement will maximize the value of the JV Interests.

18.    The Liquidating Trustee submits that based upon the test set forth above, the proposed settlement is reasonable and in the best interests of the estate.

**WHEREFORE**, the Liquidating Trustee seeks the entry of an order (in the form attached) granting this motion and approving the settlement between the parties.

Dated:  March 15, 2018              **BROAD AND CASSEL LLP**
                                     *Counsel for the Liquidating Trustee*
                                     100 S.E. 3rd Avenue, Suite 2700
                                     Fort Lauderdale, FL  33394
                                     Ph. (954) 764-7060—Fax (954) 761-8135

                                     By: /s/  Michael D. Lessne
                                         Michael D. Lessne
                                         Fla. Bar No. 73881
                                         mlessne@broadandcassel.com

## **CERTIFICATE OF SERVICE**

I CERTIFY that a true copy of this motion has been furnished (i) via transmission of Notices of Electronic Filing on all counsel of record or pro se parties identified on the CM/ECF service list maintained by the Court in this case (ii) by email to Bill Maloney at bill.maloney@bmaloney.com, Brian Fouts at bmfouts65@hotmail.com, Russell Chalk, Esq. at russchalk@earthlink.net; and (iii) by first class U.S. mail, postage prepaid, on all parties shown on the manual notice list below, on this 15th day of March, 2018.

/s/ Michael D. Lessne
Michael D. Lessne

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Joel M Aresty    aresty@icloud.com
- David W Baddley    baddleyd@sec.gov
- Leyza F Blanco    leyza.blanco@gray-robinson.com, Jennifer.Mahaffey@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com
- Lisa M Castellano    lcastellano@bplegal.com, kmurphy@bplegal.com;kpacifico@bplegal.com
- Clifford J Geismar    cliffjg@cfl.rr.com
- Elizabeth A Green    egreen@bakerlaw.com, jdriggers@bakerlaw.com;OrlBakerDocket@bakerlaw.com;bakerlaw@ecf.courtdrive.com
- Jill E Kelso    jill.kelso@usdoj.gov
- Andrew V Layden    alayden@bakerlaw.com, jdriggers@bakerlaw.com;OrlBakerDocket@bakerlaw.com
- Michael D Lessne    mlessne@broadandcassel.com, jphillips@braodandcassel.com;lnegron@broadandcassel.com
- David J Lisko    david.lisko@hklaw.com
- Brian A McDowell    brian.mcdowell@hklaw.com, linda.young@hklaw.com
- James H Monroe    jhm@jamesmonroepa.com, jamesmonroe@jamesmonroepa.com;assistant@jamesmonroepa.com
- Michael A Nardella    mnardella@nardellalaw.com, afebres@nardellalaw.com;msayne@nardellalaw.com
- Rinky S Parwani    rinky@parwanilaw.com, kindra@parwanilaw.com
- Robert H Pflueger    lucy@rhpflueger.com, rob@rhpflueger.com;r40459@notify.bestcase.com
- Laurence J. Pino    ljp@pinonicholsonlaw.com, pat@pinonicholsonlaw.com
- Jeffrey K Possinger    jeffrey.possinger@possingerlaw.com, katerina.hardin@possingerlaw.com
- Phillip Ragler    phillip.ragler@usdoj.gov, USAFLM.orl_ecf@usdoj.gov

- Martin E Snodgrass    msnodgrass@snodgrasslaw.ocm
- ReShaundra M Suggs    FLBKECF@mwc-law.com, bkcmecf@cosplaw.com
- Frank P Terzo    fterzo@broadandcassel.com,
  jphillips@broadandcassel.com;lnegron@broadandcassel.com
- Wendy Cramer Townsend    wtownsend@bakerlaw.com,
  jdriggers@bakerlaw.com;egreen@bakerlaw.com;orlbakerdocket@bakerlaw.com;smccoy
  @bakerlaw.com
- United States Trustee - ORL    USTP.Region21.OR.ECF@usdoj.gov
- Nicolette Corso Vilmos    nvilmos@broadandcassel.com,
  lnegron@broadandcassel.com;choward@broadandcassel.com
- Richard B Webber    rwebber@zkslawfirm.com,
  jconcannon@zkslawfirm.com;service@zkslawfirm.com

**Manual Notice List** (via first class U.S. Mail)

All parties listed on the attached matrix

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                Chapter 11

**Pelican Real Estate, LLC**, *et al.*                Case No.: 6:16-bk-03817-CCJ

     Debtors.                                Jointly Administered with:
                                                      Case No.: 6:16-bk-03820;
                                                      Case No.: 6:16-bk-03822;
                                                      Case No.: 6:16-bk-03823;
                                                      Case No.: 6:16-bk-03825;
                                                      Case No.: 6:16-bk-03827;
                                                      Case No.: 6:16-bk-03828;
                                                      Case No.: 6:16-bk-03829; and
                                                      Case No.: 6:16-bk-03830

_____/

### ORDER GRANTING LIQUIDATING TRUSTEE'S MOTION
### TO COMPROMISE CONTROVERSY WITH ENERGY CAPITAL WILCOX, J.V.

THIS CASE came before the court on the *Liquidating Trustee's Motion to Compromise Controversy with Energy Capital Wilcox, J.V.* (ECF No. __) (the "**Motion**"). The Motion was served on all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to respond within 21 days of the date of service, no party filed a response within the time permitted, and the Court therefore considers the matter to be unopposed.

The Court having reviewed the Motion and the settlement attached to the Motion (the "**Settlement**") finds that the Settlement is in the best interests of the estate.  Accordingly,

It is **ORDERED**:

1.      The Motion is **GRANTED** and the Settlement is **APPROVED**.

2.      The parties are directed to comply with the terms of the Settlement.

3.      The Court retains jurisdiction to enforce the Settlement.

*Attorney Michael D. Lessne, Esq. is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.*

# EXHIBIT A

## SETTLEMENT AGREEMENT BETWEEN
## LIQUIDATING TRUSTEE AND ENERGY CAPITAL WILCOX, J.V.

THIS SETTLEMENT AGREEMENT (the "**Agreement**") is made by and between (a) Maria M. Yip, solely in her capacity as the Liquidating Trustee of the Smart Money Liquidating Trust (the "**Liquidating Trustee**"), and (b) Energy Capital Wilcox, J.V. ("**ECW**"). The Liquidating Trustee and ECW are together referred to as the "**Parties**."

### I.    Recitals:

**Whereas:**

a.    On June 8, 2016, the Debtors[1] filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court, Middle District of Florida (the "**Bankruptcy Court**"). The Debtors are jointly administered (ECF No. 25), and on December 28, 2016, were substantively consolidated *nunc pro tunc* to the petition date (ECF No. 303). On February 15, 2017, the Court entered an order (the "**Confirmation Order**") (ECF No. 414) confirming the Debtors' plan of liquidation, the terms of which are reflected in the Second Amended Plan of Liquidation (ECF No. 400) (the "**Plan**"). On March 21, 2017, in accordance with paragraph 19 of the Confirmation Order, each of the Debtors' cases were closed, except for the lead case *Pelican Real Estate LLC*, Case No. 6:16-bk-03817-CCJ, which remains open.

b.    On the Effective Date of March 2, 2017 (ECF No. 428), the Smart Money Liquidating Trust (the "**Liquidating Trust**") came into existence, and the Liquidating Trust Assets[2] transferred to the Liquidating Trust. *See* Plan, Pars. 1.40-1.42 and 6.3. The Liquidating Trust is governed by the Liquidating Trust Agreement (ECF No. 449) and Maria M. Yip is the Liquidating Trustee of the Liquidating Trust. *Id.*

c.    Pursuant to the Liquidating Trust Agreement, the Liquidating Trustee shall have the power to, among other things, (a) liquidate the Liquidating Trust Assets, (b) take actions reasonably necessary or appropriate to effectuate and implement the terms of the Plan, (c) protect and enforce the rights to the Liquidating Trust Assets, (d) compromise and settle claims in favor of and against the Liquidating Trust, and (e) exercise all powers vested in Debtors pursuant to the Bankruptcy Code as may be necessary to carry out the provisions of the Plan. *See* Liquidating Trust Agreement, Sec. 4.01(i), (iii), (v), (vi), and (xii).

---

[1] The Debtors (with the last four digits of their taxpayer identification numbers) are: (i) Pelican Real Estate, LLC (6190); (ii) Pelican Portfolios, LLC (2896); (iii) Pelican Management, LLC (3093); (iv) Smart Money Secured Income Fund, LLC (0664); (v) Smart Money Secured Income Fund Manager, LLC (2762); (vi) Turnkey Investment Fund, LLC (9311); (vii) Turnkey Investment Fund Manager, LLC (1580); (viii) Accelerated Asset Group, LLC (6166); and (ix) SMFG, Inc. (9753).

[2] Defined in Paragraph 1.39 of the Plan as "all Property of the Estate, less the Smart Money Insurance Assets." The Smart Money Insurance Assets consist of certain furniture, fixtures, and equipment which are not relevant for purposes of this Agreement. *See* Plan, Par. 1.65.

d.      The Liquidating Trust Assets include various oil and gas investments, including interests in the Energy Capital Wilcox, J.V. (the "**JV Interests**"), evidenced by the following subscription agreements:

(1)     Amended Subscription Agreement with Turnkey Investment Fund, LLC ("**TIF**") dated July 16, 2015, for 4 participation units of ECW at $248,000;

(2)     Amended Subscription Agreement with TIF dated July 16, 2015, for 13.5 participation units of ECW at $837,000;

(3)     Amended Subscription Agreement with TIF dated July 16, 2015, for 14.5 units at $899,000; and

(4)     Subscription Agreement with Smart Money Secured Income Fund, LLC ("**SIF**") dated August 1, 2014, for 8 participation units of ECW at $469,000;

and governed by the Energy Capital Wilcox, Joint Venture Agreement, dated May 1, 2014.

e.      The Liquidating Trust Assets also include potential litigation claims against ECW arising out of ECW's various dealings and arrangements with SIF and TIF (through their officer Ron Fossum), including potential fraudulent transfer claims and tort claims.

f.      ECW disputes and denies any liability under the Liquidating Trustee's claims and asserts its own claims against the Liquidating Trustee based on asserted capital calls.    The Liquidating Trustee disputes and denies any liability under ECW's claims.

g.      Following settlement discussions, the Parties desire to fully and completely resolve all disputes and claims among them.

**Now, therefore,** for good, adequate, and mutual consideration, the receipt and sufficiency of which is hereby acknowledged by each of the Parties, the Parties agree as follows:

## II.    Terms:

1.      The Parties admit that each of the recitals listed above are true and correct, and the recitals are incorporated into this Agreement.

2.      ECW will pay the sum of $12,500.00 to the Liquidating Trust in satisfaction of all claims the Liquidating Trust and the Debtors may have against ECW, Energy Capital Fund, LLC, SRS Properties, LLC, Daniel Smith, and Shannon Smith (collectively, the "**ECW Parties**") upon the date that an order of the Bankruptcy Court approving the sale of the JV Interests, as described below, becomes final and non-appealable (the "**Effective Date**").

3.      Effective as of the Effective Date, and subject to no other conditions precedent or contingencies, the Liquidating Trustee, on behalf of the Liquidating Trust and the Debtors, releases and forever discharges the ECW Parties together with each and all of the ECW Parties' current and former agents, attorneys, employees, officers, directors, affiliates, companies, family members, heirs, insurers, estates, and assigns (collectively, the "**ECW Released Parties**"), of and from all action and actions, cause and causes of action, suits, debts, dues, sums of money, accounts,

2

reckonings, bills, specialties, covenants, contracts, controversies, agreements, promises, rescissions, damages, judgments, executions, claims and demands whatsoever, at law or in equity, whether known or unknown, intentional or unintentional, which the Liquidating Trust ever had, now have, shall or may have, against the ECW Released Parties ties for, upon or by reason or any matter, cause or thing whatsoever, from the beginning of the world to the day of these presents, including but not limited to all claims or causes of action whatsoever which involve or may involve, directly or indirectly, in any way, the JV Interests.

4.     Effective as of the Effective Date, and subject to no other conditions or contingencies, the ECW Parties, on behalf of themselves, their predecessors, their successors, their assigns, their officers, their directors, their agents, their attorneys, their insurers, their owners, their beneficiaries, and any party who acquires their assets in the future, releases and forever discharges the Liquidating Trust together with each and all of the Liquidating Trusts' current and former trustees, agents, attorneys, employees, officers, directors, affiliates, companies, successors, insurers, estates, and assigns (collectively, the "**Liquidating Trust Parties**"), of and from all action and actions, cause and causes of action, suits, debts, dues, sums of money, accounts, reckonings, bills, specialties, covenants, contracts, controversies, agreements, promises, rescissions, damages, judgments, executions, claims and demands whatsoever, at law or in equity, whether known or unknown, intentional or unintentional, which the ECW Parties ever had, now have, shall or may have, against the Liquidating Trust Parties for, upon or by reason or any matter, cause or thing whatsoever, from the beginning of the world to the day of these presents, including, but not limited to, all claims or causes of action whatsoever which involve or may involve, directly or indirectly, in any way, the JV Interests.  For the avoidance of doubt, the ECW Parties waive any right to a claim against the substantively consolidated bankruptcy estate of the Debtors and the Liquidating Trust including, but not limited to, any pre or post-petition claims related to capital calls, except that this Agreement does not in any way release or effect any claims of the ECW Parties against any party who purchases or is otherwise assigned the JV Interests for any pre-petition, outstanding, or future capital calls, which claims will solely be released as an obligation of the Liquidating Trust but will continue with and follow the JV Interests as an obligation of any purchaser.  Notwithstanding the foregoing, the Parties do not release any of their rights to enforce the terms of this Agreement.

5.     The ECW Parties shall fully cooperate in the utmost good faith with the sale of the JV Interests by the Liquidating Trustee pursuant to a sale order to be obtained from the Bankruptcy Court which includes, but is not limited to, (a) expeditiously reviewing the qualifications of any potential purchasers of the JV Interests as provided in, and under the standards of, any applicable operating agreement, subscription agreement, or any other such agreement related to the JV Interests, (b) include expeditious and good faith review and determination relating to any "accredited investor" requirements as such term is defined in Rule 501 of Regulation D under the Securities Act of 1933 that may be applicable to the sale of the JV Interests, and (c) any and all actions necessary to effectuate the sale of the JV Interests.  Such sale will involve a minimum 60-day marketing period beginning with the date upon which the Bankruptcy Court enters an order approving a motion to establish sale procedures to be filed by the Liquidating Trustee in association with the execution of this Agreement. The ECW Parties agree that for purposes of this Agreement only, such sale is subject to, but not prohibited by, the terms of the participation unit certificates, subscription agreements, or other contractual or legal documents related to the JV Interests.

3

6.     ECW agrees to extend the deadline for the Liquidating Trustee to assume or reject any joint venture or other executory agreements with ECW through the date upon which the order of the Bankruptcy Court approving the sale of the JV Interests becomes final and non-appealable, but in no case beyond 120 days from the date of an order approving sale procedures, after which point if the sale is not consummated or the Liquidating Trustee does not seek to assume any joint venture or other executory agreements with ECW, then the Liquidating Trustee shall be deemed to have automatically rejected its interests in the JV Interests effective on the 121st day, upon which occurrence this Agreement shall terminate, as will all obligations and releases provided herein.

7.     No later than two weeks from full execution of this Agreement, the Liquidating Trustee will file a motion to sell the JV Interests with the Bankruptcy Court to sell the Liquidating Trustee's right, title, and interest, in the JV Interests, "as is, where is," with no representations or warranties of any kind, subject to higher and better offers and Bankruptcy Court approval, under a sealed bid auction or other process approved by the Liquidating Trustee and the Bankruptcy Court. The Liquidating Trustee shall provide a reasonable time period and process for ECW to review and make a determination regarding the qualification of any potential or actual bidders.

8.     On the Effective Date, all agreements between the Parties shall be terminated and the Parties shall have no further obligations between or among them except as provided in this Agreement.

9.     The ECW Parties have all necessary right, power and authorization to sign and perform all the obligations under this Agreement, as applicable to the respective ECW Parties.

10.     This Agreement may be executed in duplicate original counterparts, each of which shall be considered an original for all purposes. Facsimile signatures shall be deemed as effective as original signatures.

11.     The Parties agree that this Agreement and any disputes arising under it shall be governed under the laws of the State of Florida and consent to jurisdiction by the Bankruptcy Court. Having been drafted mutually by the Parties, the rule of construction to the effect that any ambiguities are to be resolved against the drafting party shall not be employed in the interpretation of this Agreement.

12.     The Parties acknowledge that they have had ample opportunity to consult with competent legal counsel of their choice regarding this Agreement, have not relied on any representations or statement of any other party or counsel with respect to the subject matter of this Agreement.

13.     The Parties will each bear their own attorneys' fees and costs arising out of or relating to their disputes, as well as the negotiation and preparation of this Agreement. Notwithstanding the foregoing, the Parties agree that in the event any action is brought to enforce the terms of this Agreement, the prevailing party in such enforcement action shall be entitled to recover all costs, expenses and attorneys' fees incurred in connection with same in all courts, including the appellate courts.

4

14.     This Agreement is subject to Bankruptcy Court approval.

**IN WITNESS WHEREOF**, this Agreement has been executed on the dates acknowledged below.

Dated: *MARCH 7, 2018*

Maria M. Yip, solely in her capacity as Liquidating
Trustee of the Smart Money Liquidating Trust

STATE OF FLORIDA
COUNTY OF _MIAMI - DADE_

BEFORE ME, the undersigned authority, this day personally appeared *MARIA M. YIP*, who is personally known to me or has produced _____ as identification and acknowledged to me that he executed this Agreement in the capacity herein stated and for the purposes and considerations herein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE, this _7th_ day of March, 2018.

NOTARY PUBLIC

My Commission Expires: *10/2/20*

**RICHARD DIAZ**
MY COMMISSION # GG035127
EXPIRES October 02, 2020

5

Dated: 3/7/18

Energy Capital Wilcox, J.V.

By: _____
Print Name: _Daniel Smith_
Print Title: _Manager of Energy Capital Fund, LLC_

STATE OF _Tyler_
COUNTY OF _Smith_

BEFORE ME, the undersigned authority, this day personally appeared _Daniel Smith_, who is personally known to me or has produced _____ as identification and acknowledged to me that he executed this Agreement in the capacity herein stated and for the purposes and considerations herein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE, this __7__ day of March, 2018.

DEBRA MICHELLE CLARK
Notary Public, State of Texas
Comm. Expires 08-19-2021
Notary ID 3849768

_____
NOTARY PUBLIC

My Commission Expires:
3-19-21

Dated: 3/17/18

Energy Capital Fund, LLC

By: _____
Print Name: _Daniel Smith_
Print Title: _Manager_

STATE OF _Tyler_
COUNTY OF _Smith_

BEFORE ME, the undersigned authority, this day personally appeared _Daniel Smith_, who is personally known to me or has produced _____ as identification and acknowledged to me that he executed this Agreement in the capacity herein stated and for the purposes and considerations herein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE, this __7__ day of March, 2018.

_____
NOTARY PUBLIC

My Commission Expires:
3-19-21

DEBRA MICHELLE CLARK
Notary Public, State of Texas
Comm. Expires 08-19-2021
Notary ID 3849768

6

Dated: 3/7/18

_____
Daniel Smith

STATE OF  Texas
COUNTY OF  Smith

BEFORE ME, the undersigned authority, this day personally appeared Daniel Smith who is personally known to me or has produced _____ as identification and acknowledged to me that he executed this Agreement in the capacity herein stated and for the purposes and considerations herein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE, this ___7___ day of March, 2018.

> DEBRA MICHELLE CLARK
> Notary Public, State of Texas
> Comm. Expires 08-19-2021
> Notary ID 3849768

_____
NOTARY PUBLIC

My Commission Expires
8-19-21

Dated: 3/7/18

_____
Shannon Smith

STATE OF  State Texas
COUNTY OF  Smith

BEFORE ME, the undersigned authority, this day personally appeared Shannon Smith who is personally known to me or has produced _____ as identification and acknowledged to me that he executed this Agreement in the capacity herein stated and for the purposes and considerations herein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE, this _____ day of March, 2018.

_____
NOTARY PUBLIC

My Commission Expires:
8-19-21

> DEBRA MICHELLE CLARK
> Notary Public, State of Texas
> Comm. Expires 08-19-2021
> Notary ID 3849768

7

Label Matrix for local noticing
113A-6
Case 6:16-bk-03817-CCJ
Middle District of Florida
Orlando
Wed Jan 31 09:44:54 EST 2018

Acts Innovations, LLC
Holland & Knight LLP
c/o Brian A. McDowell
200 S. Orange Ave.
Suite 2600
Orlando, FL 32801-3453

Bill Maloney Consulting
200 2nd Avenue S., Ste 463
St. Petersburg, FL 33701-4313

Deborah Bisswell
Coldwell Banker BAIN
8862 161st Ave. NE #103
Redmond, WA 98052-7553

Benito Carranza
3142 West Kings Avenue
Phoenix, AZ 85053-3030

Silvia Carranza
3142 West Kings Avenue
Phoenix, AZ 85053-3030

Maria Cornay
c/o Becker & Poliakoff
Lisa Castellano, Esq.
1511 N Westshore Blvd
Suite 1000
Tampa, FL 33607-4591

Robin DelGrosso
2417 109th Ave SE
Lake Stevens, WA 98258-5178

Nathan & Maria Doty
4515 Brady Road
Colorado Springs, CO 80915-1309

Energy Capital Wilcox, JV
Nardella & Nardella, PLLC
250 E. Colonial Drive, Suite 102
Orlando, FL 32801-1231

F&M Bank
c/o Richard B. Webber, II
315 E. Robinson St., Suite 600
Orlando, FL 32801-4341

First Guaranty Mortgage Corporation
Clarfield, Okon & Salomone, P.L.
c/o ReShaundra M. Suggs
500 South Australian Avenue, Suite 730
West Palm Beach, FL 33401-6237

Bob Fisko
Fikso Kretschmer Smith Dixon Ormseth PS
2025 First Ave Ste 1130
Seattle, WA 98121-2100

Brian Fouts
POB 662
Fall City, WA 98024-0662

Dean Harris
CrestCore Realty
4435 Summer Avenue
Memphis, TN 38122-4042

Lin Yeh Hung
Holland & Knight LLP
c/o Brian A. McDowell
200 S. Orange Ave.
Suite 2600
Orlando, FL 32801-3453

Hu An Jung
Holland & Knight LLP
c/o Brian A. McDowell, Esq.
200 S. Orange Ave.
Ste. 23600
Orlando, FL 32801-3427

Tsai Tung Jung
Holland & Knight LLP
c/o Brian A. McDowell, Esq.
200 S. Orange Ave.
Ste. 2600
Orlando, FL 32801-3453

Tsai Lin Min
Holland & Knight LLP
c/o Brian A. McDowell, Esq.
200 S. Orange Ave.
Suite 2600
Orlando, FL 32801-3453

Alan and Laura Orcutt
12121 Admiralty Way
Q-105
Everett, Wa 98204-7515

Parwani Law, P.A.
9905 Alambra Avenue
Tampa, FL 33619-5060

Pelican Real Estate, LLC
189 South Orange Avenue
Suite 1650
Orlando, FL 32801-3260

PinoNicholson, PLLC
189 South Orange Ave
Suite 1650
Orlando, FL 32801-3260

Jeffrey Possinger
14309 NE Woodinville-Duvall Road #G12
Woodinville, WA 98072-6809

Jonathan Roman
2900 Greentree Circle
Ft. Collins, CO 80521-3049

John Schwarzschild
2302 Farnswood Cir.
Austin, TX 78704-4520

Maria M. Yip
One Biscayne Tower
 2 So. Biscayne Blvd.
Suite 2690
Miami, FL 33131-1815

Yip Associates
One Biscayne Tower
2 S. Biscayne Boulevard
Suite 2690
Miami, FL 33131-1815

6 JAYS, LLC, a WA Ltd Lia Co. -
Jim Hayes
308 Military Rd. E
Tacoma, WA 98445-1247

8804 78th Street
Intervivos Trust
12401 10th Dr SE
Everett, WA 98208-6510

ANDERSON
GAA KAA Ventures LLC
5719A 123rd Ave SE
Snohomish, WA 98290-5539

Accelerated Asset Group, LLC -
PO Box 2477
Snohomish, WA 98291-2477

Aets Innovations
3700 Quebec St
#100-200
Denver, CO 80207-1638

Al Lipper
585 Luneta Dr
San Luis Obispo, CA 93405-1605

Alan E. Orcutt, IRA
and Alan and Laura Orcutt
Snodgrass & Warren, Inc. PS
3302 Oakes Ave
Everett, WA 98201-4410

Alan Orcutt
12121 Admiralty Way
Apt.Q 105
Everett, WA 98204-7515

Alan and Laura Orcutt
Alan Orcutt IRA
c/o Martin E. Snodgrass
3302 Oakes Ave
Everett, WA 98201-4410

Alchemy Global -
c/o Mille Leung
601 6th Floor Wah Yen Bldg
145-149 Gueens Road Central
Hong Kong

Alison Stephen
1401 E Poppy St
Long Beach, CA 90805-3154

Andrew Wong
857 Rollins Rd
Burlingame, CA 94010-2667

Andy Liu -
No 1, Changquig 2nd St
Yangmei City
Taoyuan County
Taiwan ROC 326

Anna Delhierro
6253 Perry Street
Arvada, CO 80003-6729

Art Rasmussen -
515 NW Saltzman Rd
#874
Portland, OR 97229-6098

Ashley Phillips
Daisy Allen
3582 Hazelwood
Memphis, TN 38122-1228

Ayim Darkeh
532 Alicia Dr
Westbury, NY 11590-1311

Barb Collins
1001 Russell Rd
Snohomish, WA 98290-5644

Ben Coffman
17274 Russet St
San Diego, CA 92127-2140

Benito & Silva Carranza
3142 W Kings Ave
Phoenix, AZ 85053-3030

Benito Carranza
Clifford J Geismar
2431 Aloma Ave Ste 109
Winter Park FL 32792-2541

Bret Clothier
PO Box 382566
Germantown, TN 38183-2566

Bridgett Ryans
3542 Ashford Road
Memphis, TN 38109-3704

CDW Direct
75 Remittance Drive
Suite 1515
Chicago, IL 60675-1515

CFS II, Inc.
2488 E. 81st Street
Suite 600
Tulsa, OK 74137-4202

CIG Investments
PO Box 382566
Germantown, TN 38183-2566

Carol Walton
14809 Falconhead Grove Loop
Austin, TX 78738-6796

Chad Coleman
3731 Briar Rose
Memphis, TN 38111-6515

Chang Yu Wu -
No 355, Zhongzheng Rd
Zhongzheng Dist
Keelung City,
Taiwan ROC

Charlie Nisby
1936 The Elms
Memphis, TN 38127-8232

Chen Chao Jung
10F/ No. 27, Ln. 18
Quanxing Rd, Taishan Dist,
New Taipei City 243,
Taiwan ROC

Cherif Medawar
PO Box 9146
San Juan, PR 00908-0146

Chris Chen
PO Box 2633
Union City, CA 94587-7633

Chris Duskin
11204 43rd Street Ct E
Edgewood, WA 98372-2359

Comcast Business
PO Box 34744
Seattle WA 98124-1744

Craig Haslam -
1566 W 2550 S
Ogden, UT 84401-3244

Cylenthia Howse
3041 Phyliss
Memphis, TN 38118-2950

D&S Energy Corp
PO Box 102
Tiona, PA 16352-0102

Dan Stuart
17304 Redhawk Drive
Arlington, WA 98223-5975

Dance, Bigelow & Co, PC
3492 Long Prairie Rd
Suite 100
Flower Mound, TX 75022-5086

Daniel Dean
16419 Spruce Way
Unit F2
Lynwood, WA 98037-6929

Danny Ashworth -
6192 W Valley View Dr
Highlands Ranch, UT 84003-3650

Darryl Wood
13705 E 1250 N
Oak City, UT 84649

Dashua and Terezinha Hill
4072 Angelace
Bartlett, TN 38135

David Rider
3100 Mapu Place
Kihei, HI 96753-9451

Dawn Taft
2169 Hammond Ave #11B
DuPont, WA 98327-9772

Dell Business Credit
PO Box 6275
Carol Stream, IL 60197-6275

(p)DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

Dennis Hogan
PO Box 270
Dangriga Belize

Dennis Teng
2960 Willow St
Denver, CO 80238-2976

Dinesh Gauba -
2801 Greyfox Ct
Pleasanton, CA 94566-6920

Eileen Booth
9210 Market Place
#P203
Lake Stevens, WA 98258-3379

Elizabeth Phillipson
13929 228 St NE
Arlington, WA 98223-8589

Energy Capital Fund, LLC
Energy Capital Wilcox JV
14271 W. Peninsula
Whitehouse, TX 75791-8221

Energy Capital Wilcox, JV
Michael A. Nardella, Esq.
250 East Colonial Drive
Suite 102
Orlando, Florida 32801-1231

Energy Capital Wilcox, JV
c/o Nardella & Nardella, PLLC
250 E. Colonial Drive, Suite 102
Orlando, FL 32801-1231

Eugene and Jennifer Tyler
3230 Emerald Lane SW
Olympia, WA 98512-7517

Evan Pratt
17320 28th St SE
Snohomish, WA 98290-9556

F&M Bank
Richard Blackstone Webber, II
315 E. Robinson St Ste 600
Landmark Ctr
Orlando, FL 32801-4341

FOLKSON
SMBF Holdings, LLC
43 Rosemont Blvd
White Plains, NY 10607-1428

First Guaranty Mortgage Corporation
ReShaundra M. Suggs
CLARFIELD, OKON & SALOMONE, P.L.
500 South Australian Avenue, Suite 730
West Palm Beach, FL 33401-6237

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Gary Sorensen
16403 Stilly Way
Arlington, WA 98223-9772

Gary and Karen Anderson
5719 123 Ave SE
Snohomish, WA 98290-5539

Gene Tyler Investments LLC
c/o Gene Tyler
3230 Emerald Lane SW
Olympia, WA 98512-7517

George Lane -
1836 Lenore Dr
Tacoma, WA 98406-1920

Gerald Skousen -
13661 Hackamore Dr
Draper, UT 84020-8585

Giancarlo Lujan
22471 Silver Spur
Lake Forest, CA 92630-4342

Girls Investments LLC
11204 43 St Ct E
Edgewood, WA 98372-2359

Glenda & Shannon Mitchell
9583 Morning Shadow Dr
Cordova, TN 38016-6704

HORM
McHorm Investments LLC
1308 117th Dr SE
Lake Stevens, WA 98258-8559

Hafsteinn Stefansson
PO Box 3186
Everett, WA 98213-1186

Heritage Homes 5, LLC
9633 Market Place
Suite 201
Lake Stevens, WA 98258-7944

Howie Sun -
10480 E Aberdeen Ave
Englewood, CO 80111-5478

Hu An Jung
No 5, lan 105, Jinghou St
Wenshan Dist, Taipei City
Taiwan ROC

ISOutsource
19119 North Creek Pkwy
Suite 200
Bothell, WA 98011-8023

Internal Revenue Service -
850 Trafalgar Court
Suite 200
Maitland, FL 32751-4168

Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

JRA INTERESTS LLC
c/o Jessica Allgier
5719A 123rd Ave SE
Snohomish, WA 98290-5539

Jacob Fouts -
5542 Glenmore Dr SE
Olympia, WA 98501-4900

Jake Fouts -
4570 Avery Lane SE
#137
Lacey, WA 98503-5608

Janet Anderson
415 15 St
Snohomish, WA 98290-1804

Jared Crapson
2702 105 Ave SE
Lake Stevens, WA 98258-5759

Jason Workman -
7812 Melrose Ln SE
Snoqualmie, WA 98065-8953

Jason and Jeanne Unger
3241 Country Club Dr
Cameron Park, CA 95682-8603

Jeanne Unger
3241 Country Club Dr
Cameron Park, CA 95682-8603

Jeffrey Smith -
11028 69 St NE
Lake Stevens, WA 98258-2047

Jennifer Yen
7236 171 Ave SE
Bellevue, WA 98006-5719

Jeremy and Jenny Jensen
7215 222nd Street NW
Stanwood, WA 98292-6811

Jessica Allgier
5719A 123 Ave SE
Snohomish, WA 98290-5539

Ji Lu (Tom) Tsai
19310 McLaughlin Ave
Hollis NY 11423-1148

Jim Hayes -
308 Military Rd E
Tacoma, WA 98445-1247

Jim Robson
294 W Main
Delta, UT 84624-9256

Jodi Phillippson
3839 McKinney Ave
#155-762
Dallas, TX 75204-1413

Joel Hernandez
4243 Atwood Avenue
Memphis, TN 38111-7909

John Chen -
1517 Harvest Dr
Lafayette, CO 80026-9435

John Leaty
3702 206 Pl SW
Lynnwood, WA 98036-9363

John Schwarzchild
2302 Farnswood Cir
Austin TX 78704-4520

John Schwarzchild
c/o James H. Monroe, Esq.
P.O. Box 540163
Orlando, FL 32854-0163

John Schwarzchild -
c/o Law Office of Russell J. Chalk
100 Congress Avenue, Suite 2100
Austin, TX 78701-2748

Jonathan Roman
2900 Greentree Circle
Fort Collins, CO 80521-3049

Jordan Orth
2909 Glenwood Drive
Longview WA 98632-5459

Josh and Tessa Orth
460 Kirby Avenue NE
Castle Rock WA 98611-9039

Juan & Sylvia Martinez
6642 Hartford Drive
Memphis, TN 38134-6027

Justin Hanson
23 Collins Avenue
Randolph, MA 02368-2003

Justin and Jeddrah Hayes
1005 Ryan Court
Snohomish, WA 98290-2489

KATHRYN LEATY LLC
3702 206th Pl SW
Lynnwood, WA 98036-9363

Kabbage
925B Peachtree St NE
Suite 1688
Atlanta, GA 30309-3918

Karen Merriweather
1592 Gowan
Memphis, TN 38127-5424

Kathleen Forrester
676 Lombard St
North Bend, OR 97459-3112

Kathy Crapson
2109 99 Ave SE
Lake Stevens, WA 98258-4733

Kathy Khodi -
11830 Upland Way
Cupertino, CA 95014-5106

Katie Forrester
3696 Broadway Box 208
North Bend, OR 97459-2200

Ken and Deborah Mitchell -
21234 W Berkeley Rd
Buckeye, AZ 85396-2406

Kevin Davenport
3904 Oriental Drive NE
Olympia WA 98506-5226

Khodi Rentals, LLC -
11830 Upland Way
Cupertino, CA 95014-5106

Kimberly Warr
2278 Sharon Lane
Memphis, TN 38127-3525

LUCAS COUNTY TREASURER -
ONE GOVERNMENT CENTER SUITE 500
TOLEDO OH 43604-2253

LaQuita Funzie
1796 Kent Road
Memphis, TN 38116-5314

Latisha Holt
4598 N. Summer Creek
Memphis, TN 38141-0926

Laura Anderson
415 15th St
Snohomish, WA 98290-1804

Leah and Denny Page
6731 88 Pl NE
Marysville, WA 98270-7807

Lee Fowler
3775 kipling Avenue
Memphis, TN 38128-2117

(p)TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

Lin Yeh-Hung
5F, No 13, Ln 1
Guanguang St, Banqiao dist
New Taipei City 22
Taiwan ROC

Loren Bolinger
12401 10 Dr SE
Everett, WA 98208-6510

Loren Yadeski
723 Moorheadville Rd
North East, PA 16428-2328

Louise Vlasic
2635 Sunset Dr
Bellingham, WA 98225-2532

Lynette Smith
11028 69th St. NE
Lake Stevens, WA 98258-2047

M&A Horm Trust
1308 117 St SE
Lake Stevens, WA 98258-8559

MARIA CORNAY
BECKER & POLIAKOFF, P.A.
Lisa M. Castellano, Esq.
1511 N. Westshore Blvd., Suite 1000
Tampa, Florida 33607-4591

Mamie Tate
965 N. Ball Road
Memphis, TN 38106-7907

Maria Cornay
8627 Vintner Ct NE
Albuquerque, NM 87122-4220

Maria Cornay
c/o Becker & Poliakoff
Lisa M. Castellano,Esq
1511 N Westshore Blvd, Suite 1000
Tampa, FL 33607-4591

Maria Lopez & Enrique
Rodriguez
3237 Gaylord St
Memphis, TN 38118-4336

Maria Yip
c/o Nicolette C. Vilmos
390 North Orange Ave. Ste. 1400
Orlando, FL 32801-1687

Marnie Ritchie
P O Box 419
East Olympia WA 98540-0419

Mbank
17898 SW McEwan Rd
Tigard, OR 97224-7217

Mervyn Rodricks
1405 SE 195 Ave
Camas, WA 98607-9580

Mervyn and Nisha Rodricks -
1405 SE 195th Ave.
Camas, WA 98607-9580

Michele Yang
3427 Boston St
Denver, CO 80238-3485

Mike Horm
1308 117 St SE
Lake Stevens, WA 98258-8559

Mike Shieh
6493 Dutch Creek St
Highlands Ranch, CO 80130-3840

Minh Bui
23761 E Alabama Dr
Aurora, CO 80018-3023

Minor Child (1) Folkson
85 Parkview Rd
Elmsford, NY 10523-3819

Minor Child (1) Horm
1308 117 St SE
Lake Stevens, WA 98258-8559

Minor Child (1) Workman -
7812 Melrose Ln SE
Snoqualmie, WA 98065-8953

Minor Child (2) Folkson
85 Parkview Rd
Elmsford, NY 10523-3819

Minor Child (2) Horm
1308 117 St SE
Lake Stevens, WA 98258-8559

Minor Child (2) Workman -
7812 Melrose Ln SE
Snoqualmie, WA 98065-8953

Minor Child (3) Workman -
7812 Melrose Ln SE
Snoqualmie, WA 98065-8953

Moncia Hill -
11123 69 St NE
Lake Stevens, WA 98258

Moss Adams LLP
2707 Colby Avenue
Suite 801
Everett, WA 98201-3565

N.A.P. Management, Inc.
7525 SE 24th Street
Suite 315
Mercer Island, WA 98040-2300

NATIONSTAR
PO Box 650783
Dallas, TX 75265-0783

Nate and Anni Hickok -
PO Box 1358
Sultan, WA 98294-1358

Nathalie Wells
4400 Crescent Park
Memphis, TN 38141-7214

Nevada Dept. of Revenue
Grant Sawyer Office Bldg.
555 E. Washington Avenue
Suite 1300
Las Vegas, NV 89101-1046

Nia Faulkner
5381 Ragan Ridge
Memphis, TN 38141-8334

OCWEN LOAN
PO Box 660264
Dallas, TX 75266-0264

Orange County Tax Collector
PO Box 545100
Orlando FL 32854-5100

PAF Fouts
4570 Avery Lane SE
#137
Lacey, WA 98503-5608

PJ Lin -
10824 Whisper Hollow Cv
Collierville, TN 38017-8505

Pam Miller
27009 40th Ave W
Stanwood, WA 98292-4533

Parwani Law, PA,
9905 Alambra Ave.
Tampa FL 33619-5060

Pelican Management Company, LLC
189 South Orange Avenue
Suite 1650
Orlando, FL 32801-3260

Pelican Portfolios, LLC
189 South Orange Avenue
Suite 1650
Orlando, FL 32801-3260

Performance Assets Fund
4570 Avery Lane SE
#137
Lacey, WA 98503-5608

Pino Nicholson PLLC
PO Box 1511
Orlando, FL 32802-1511

(p)PREMIER PROPERTY MANAGEMENT GROUP
134 TIMBER CREEK DRIVE
CORDOVA TN 38018-4291

RealTrust IRA Alternatives, LLC FBO Step -
Stephanie Blockley-Clarke
615 300th Street, NW
Stanwood, WA 98292-9632

Rebecca Scott and William
Geater
1450 Mt. Moriah Road
Memphis, TN 38117-6618

Reedy and Company, LLC
4701 Summer Avenue
Memphis, TN 38122-4729

Reggie Anderson
415 15th St
Snohomish, WA 98290-1804

Reniesha Wilson
1621 Winston Dr
Memphis, TN 38127-5528

Richard  A. Stewart
POB 3282
Omak WA 98841-3282

Robin DelGrosso
Joel M. Aresty
309 1st Ave S
Tierra Verde, FL 33715-2231

Robin DelGrosso
c/o Joel M. Aresty
309 1st Ave S
Tierra Verde, FL 33715-2231

Ron Fossum, Jr.
PO Box 2477
Snohomish, WA 98291-2477

Ron Fossum, Sr.
PO Box 372
Snohomish, WA 98291-0372

Ron Walgamotte
6290 SW 92 Dr
Jasper, FL 32052-4102

Roy Yen
7236 171 Ave SE
Bellevue, WA 98006-5719

Royal Smalley
508 NW 163 St
Shoreline, WA 98177-3750

Royale Energy, Inc.
3777 Willow Glen Drive
El Cajon, CA 92019-4601

Rudy Ramirez Lopez
4264 Cary Hill
Memphis, TN 38141-6809

Ryan Aleong
3427 Boston St
Denver, CO 80238-3485

SMFG, Inc.
9633 Market Place
Suite 201
Lake Stevens, WA 98258-7944

Sandy Christ
4143 Chelsea Avenue
Memphis, TN 38108-2901

Schweet Linde & Coulson,
PLLC
575 S Michigan St
Seattle, WA 98108-3316

Sean & Laura Horan -
615 Edgewater Drive
San Marcos, CA 92078-6001

Sean Folkson
85 Parkview Rd
Elmsford, NY 10523-3819

Servis One, Inc.
d/b/a BSI Financial Svcs.
c/o Gagan Sharma, Pres.
1425 Greenway Dr. #400
Irving, TX 75038-2480

Sharon Blue-Driver
4042 Reenie Road
Memphis, TN 38128-6323

Sharon Fossum
PO Box 2477
Snohomish, WA 98291-2477

Shauna Jones
5080 Dianne
Memphis, TN 38116-8504

Shirley McAdams
3114 Dahlia
Memphis, TN 38127-6212

Shuh Shieh
10253 Fawnbrook Court
Highlands Ranch, CO 80130-6895

Silvia Carranza
Clifford J Geismar
2431 Aloma Ave Ste 109
Winter Park FL 32792-2541

Smart Money Secured Income
Fund Manager, LLC
9633 Market Place
Suite 201
Lake Stevens, WA 98258-7944

Smart Money Secured Income Fund, LLC
9633 Market Place
Suite 201
Lake Stevens, WA 98258-7944

Stasha Howarth-Clark
Jeffrey Clark
9633 Market Place
Unit 102
Lake Stevens WA 98258-7944

Stephanie Blockley-Clark -
607 300 St NW
Stanwood, WA 98292-9632

Steven Bear
10181 35th Place NE
Lake Stevens, WA 98258-6500

Steven Hill -
11122 69th St NE
Lake Stevens, WA 98258-2048

Stimmel-Emstimmel LLC
5228 156 St SE
Mill Creek, WA 98012-4726

Tamika Smith
3173 Ridgecrest
Memphis, TN 38127-6329

Taylor Clouse
12402 45th Ave SE
Everett, WA 98208-9007

Tiffany Young
6670 Elkgate Dr
Memphis, TN 38141-1205

Today's Growth
212 Slalom Court
Minooka, IL 60447-8805

Todd Duskin
5526 93 Pl SW
Mukilteo, WA 98275-3606

Tom Duncan
3032 56th Ct SE
Olympia WA 98501-7104

Tonya Conley
3708 Ridgemont
Memphis, TN 38128-1949

Tsai Lin Min
5F, No 8-8, Aly 5,Ln 50
Bashi Rd, Tamsui Dist,
Taiwan ROC

Tsai Tung Jung
1F, no 123, Rache St
Songshan Dist
Taipei City 105
Taiwan ROC


Tsai Tung Jung, Hu An Jung, Tsai Lin Min,
Lin Yeh Hung, and Acts Innovations, LLC
David J. Lisko/Holland & Knight LLP
100 N. Tampa Street, Suite 4100
Tampa, Florida 33602-3642

Tumwater Associates, LLLP -
NAP Management Inc
7525 SE 24th St. #315
Mercer Island, WA 98040-2300

Turnkey Investment Fund Manager, LLC
9633 Market Place
Suite 201
Lake Stevens, WA 98258-7944


Turnkey Investment Fund, LLC -
9633 Market Place
Suite 201
Lake Stevens, WA 98258-7944

U.S. Securities and Exchange Commission
c/o David W. Baddley
950 East Paces Ferry Road, NE
Suite 900
Atlanta, GA 30326-1382

Ultimate Vitality
c/o Linell King
180 Sharwood Drive
Naples, FL 34110-5720


United States Trustee
c/o Jill E. Kelso, Trial Attorney
George C. Young Federal Bldg.
400 W. Washington St., Suite 1100
Orlando  FL 32801-2210

Victoria Chen
10253 Fawnbrook Court
Highlands Ranch, CO 80130-6895

Vinell and Priscilla Ayers
3526 Wythe
Memphis, TN 38135-8235


Vu Tran
2720 Deerpark Dr
San Diego, CA 92110-1017

WORKMAN INVESTMENTS LLC -
7812 Melrose Ln SE
Snoqualmie, WA 98065-8953

Wang Chung Ming
10F, No 27, Ln 18 Quanxing Rd
Taishan Dist.
New Taipei City 243
Taiwan ROC


Washington State Dept. of
Revenue - Executive Office
PO Box 47450
Olympia, WA 98504-7450

Weeze, LLC
2635 Sunset Dr
Bellingham, WA 98225-2532

Wendy & Dorkis Lopez
4698 Casamm Avenue
Memphis, TN 38128


Will and Pauline Fox -
3400 W Lake Sammamish SE
Bellevue, WA 98008-5841

William Lanham
1101 Robinhood
Memphis, TN 38111-5642

William Lee
3403 Yosemite St
Denver, CO 80238-3395


William R Bowers
6136 Newport Ct SW
Olympia, WA 98512-7935

Yap Hoe -
No 4, Lane 1194
Zhongzheng Rd, Zhonghe Dist.
New Taipei City
Taiwan ROC 235

Yvette Harris
4217 Windermere
Memphis, TN 38128-2063


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Dell Financial Services
c/o DFS Customer Care Dept
PO Box 81577
Austin TX 79708-1577

Lexus Financial Services
PO Box 5855
Carol Stream, IL 60197-5855

Premier Property Management
Group
PO Box 382566
Germantown, TN 38183

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u) Broad and Cassel LLP

(u)Jessica Allgeir

(u)Janet Anderson

(u)Laura Anderson

(u)Reginald Anderson

(u)Barbara Bolinger

(u)Loren Bolinger

(u)Dance Bigelow Sharp & Co.

(u)Samuel Hammer
Hammer Herzog and Associates P.A.

(u)Internal Revenue Service, by and through t

(u)Morris Auction Group LLC

(u)Kelsey Nazar
Krigel & Krigel, P.C.

(u)Richard A. Stewart

(u)Maria Yip

(d)Benito Carranza -
3142 West Kings Avenue
Phoenix, AZ 85053-3030

(d)Brian Fouts -
PO Box 662
Fall City, WA 98024-0662

(d)Kathy Khodi
11830 Upland Way
Cupertino, CA 95014-5106

(d)Nathan & Maria Doty
4515 Brady Road
Colorado Springs, CO 80915-1309

(d)Robin DelGrosso
2417 109th Avenue SE
Lake Stevens WA 98258-5178

(d)Silvia Carranza -
3142 West Kings Avenue
Phoenix, AZ 85053-3030

(u)Note: Entries with a '+' at the end of the
name have an email address on file in CMECF
----------------------------------------------
Note: Entries with a '-' at the end of the
name have filed a claim in this case

End of Label Matrix
Mailable recipients   263
Bypassed recipients    21
Total                 284