UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| **Pelican Real Estate, LLC**, *et al.* | Case No.: 6:16-bk-03817-CCJ |
| Debtors. | Jointly Administered with: <br> Case No.: 6:16-bk-03820; <br> Case No.: 6:16-bk-03822: <br> Case No.: 6:16-bk-03823; <br> Case No.: 6:16-bk-03825; <br> Case No.: 6:16-bk-03827; <br> Case No.: 6:16-bk-03828; <br> Case No.: 6:16-bk-03829; and <br> Case No.: 6:16-bk-03830 |

_____/

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I CERTIFY that true and correct copies of: (1) *Liquidating Trustee's Motion to Approve Sale Procedures and Sale and Assignment of Joint Venture Interests in Energy Capital Wilcox J.V. Free and Clear of Liens, Claims, Encumbrances, and Interests* **[ECF No. 764]**; (2) *Order Conditionally Approving Sale Procedures and Sale Notice, Setting Deadlines to Object and Assert Claims, and Setting Final Hearing for Sale of Energy Capital Wilcox J.V. Free and Clear of Liens, Claims, Encumbrances, and Interests* **[ECF No. 782]**; and (3) *Liquidating Trustee's Corrected Notice of Proposed Sale and Assignment of JV Interests in Energy Capital Wilcox, J.V.* **[ECF No. 785]** have been furnished by certified first class U.S. mail, postage prepaid, on the Manager/Managing Venturer of the Energy Capital Wilcox JV, Energy Capital Fund, LLC, Attention: Daniel Smith, President, 15632 Hwy 110 South, Suite 12, Whitehouse, TX 75791, and each of the Joint Venturers/interest holders of Energy Capital Wilcox JV[1], on April 23, 2018.

---

[1] The Liquidating Trustee is keeping the list of these Joint Venturers confidential in accordance with a Confidentiality Agreement with Energy Capital Wilcox JV.

Dated: April 23, 2018 **BROAD AND CASSEL LLP**
*Counsel for the Liquidating Trustee*
100 S.E. 3rd Avenue, Suite 2700
Fort Lauderdale, FL 33394
Tel: (954) 764-7060 Fax: (954) 761-8135


By: */s/* Michael D. Lessne
    Michael D. Lessne
    Florida Bar No. 73881
    mlessne@broadandcassel.com