**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| **In Re:** ) | |
| ) | **Chapter 11** |
| **PELICAN REAL ESTATE, LLC,** *et al.* ) | |
| ) | |
| ) | **Case No. 6:16-bk-03817-CCJ** |
| ) | |
| **Debtors.** ) | **Jointly Administered with:** |
| ) | |
| ) | **Case No.:6:16-bk-03820-CCJ;** |
| ) | **Case No.:6:16-bk-03822- CCJ;** |
| ) | **Case No.:6:16-bk-03823- CCJ;** |
| ) | **Case No.:6:16-bk-03825- CCJ;** |
| ) | **Case No.:6:16-bk-03827- CCJ;** |
| ) | **Case No.:6:16-bk-03828- CCJ;** |
| ) | **Case No.:6:16-bk-03829- CCJ; and** |
| ) | **Case No.:6:16-bk-03830- CCJ.** |
| _____) | |

**NOTICE OF WITHDRAWAL OF OBJECTION TO LIQUIDATING TRUSTEE'S MOTION TO EXTEND DEADLINE TO FILE ADVERSARY PROCEEDINGS**

Tom Shieh, an individual ("Shieh"), Acts Innovations, LLC ("ACTS"), Del Paso Management, LLC ("Del Paso"), and Crimcheck Holdings, LLC ("Crimcheck") (collectively the "Shieh Parties") jointly file this notice of withdrawal of objection to the Liquidating Trustee's Motion to Extend Deadline to File Adversary Proceedings (Dckt # 795).

Respectfully Submitted this 11th day of May, 2018.

/s/ Brian A. McDowell
Brian A. McDowell, Esq.
Florida Bar No. 765521
brian.mcdowell@hklaw.com
David J. Lisko, Esq.
Florida Bar No. 0092841
david.lisko@hklaw.com
HOLLAND & KNIGHT LLP
200 S. Orange Ave., Ste. 2600
Orlando, FL 32801
Telephone: (407) 425-8500

                                            Facsimile: (407) 244-5288
*Counsel for Acts Innovations, LLC,* Tom Shieh, Del Paso Management, LLC, and Crimcheck Holdings, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2018, a true and correct copy of the foregoing Objection was served via the Court's CM/ECF System to all parties requesting such notice.

                                            /s/ Brian A. McDowell
                                            Attorney